Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, _(FRANK) GUOFENG MA_, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 1000 | 08/27/2009 | $25.199 | COMMON | | | |
| 1000 | 08/27/2009 | $25.50 | COMMON | | | |
| 1000 | 08/28/2009 | $26.20 | COMMOM | | | |
| 1000 | 08/28/2009 | $25.996 | COMMON | | | |
| 1000 | 09/01/2009 | $24.65 | COMMOM | | | |
| 1000 | 09/18/2009 | $28.10 | COMMON | | | |
| 1500 | 10/28/2009 | $20.10 | COMMOM | | | |
| 2000 | 11/09/2009 | $20.55 | COMMON | | | |
| 450 | 11/09/2009 | $19.95 | COMMOM | | | |
| 30 | 11/09/2009 | $20.00 | COMMON | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _17TH_ day of _MARCH_, 2010.

_____
Signature

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: administrator@kendalllawgroup.com
Website: www.kendalllawgroup.com

Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, _Larry Harp_, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 250 | 6-16-09 | $16.97 | Common | 250 | 6-24-09 | $17.85 |
| 300 | 6-25-09 | $24.70 | Common | 300 | 6-28-09 | $27.97 |
| 130 | 6-26-09 | $24.52 | Common | 130 | 9-04-09 | $26.52 |
| 180 | 6-31-09 | $26.31 | Common | 180 | 9-10-09 | $27.00 |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _20_ day of _March_, 2010.

_Larry Harp_
Signature

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: administrator@kendalllawgroup.com
Website: www.kendalllawgroup.com

Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, _Larry Harp_, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 52 | 9-04-09 | $24.86 | Common | 52 | 9-10-09 | $27.00 |
| 300 | 10-16-09 | $26.72 | Common | 300 | 10-23-09 | $28.83 |
| 145 | 10-16-09 | $26.44 | Common | 145 | 10-23-09 | $28.83 |
| 200 | 10-26-09 | $27.35 | Common | 200 | 11-13-09 | $24.90 |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _20_ day of _March_, 2010.

_Larry Harp_
Signature                                          Address

_____          _____
Name (please print)                              City        State        Zip

_____          _____
Telephone Number                               Email Address

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: administrator@kendalllawgroup.com
Website: www.kendalllawgroup.com

Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, _Larry Harp_, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 250 | 10-27-09 | $26.71 | Common | 125 | 11-13-09 / 2-16-10 | $24.90 / $17.42 |
| 170 | 10-27-09 | $26.13 | Common | | | |
| 30 | 10-27-09 | $26.00 | Common | | | |
| 295 | 10-27-09 | $26.49 | Common | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _20_ day of _March_, 2010.

_____          _____
Signature                                  Address

_____          _____
Name (please print)                  City        State        Zip

_____          _____
Telephone Number                  Email Address

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: administrator@kendalllawgroup.com
Website: www.kendalllawgroup.com

Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, _Larry Harp_, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 480 | 10-30-09 | $26.13 | Common | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _20_ day of _March_, 2010.

_Larry Harp_
Signature

Address

Name (please print)                    City       State       Zip

Telephone Number                       Email Address

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: administrator@kendalllawgroup.com
Website: www.kendalllawgroup.com

Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, __WALTER L. WAGNER_____, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 1000 | 3-11-2010 | 20.09 | COMMON | 1000 | 3-17-2010 | 13.22 |
| 700 | 3-11-2010 | 20.20 | COMMON | 700 | 3-17-2010 | 13.12 |
| 1000 | 3-12-2010 | 20.07 | COMMON | NOT SOLD | | |
| | | | | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _21_____ day of _MARCH_____, 2010.

WALTER    L.    WAGNER_____

_____
Signature

_WALTER   L.   WAGNER_____
_Walter L. Wagner_
Name (please print)

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015

Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, _Raymond F Karlavich_, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 1000 | 9/28/09 | 26.27 | COMMON | | | |
| 970 | 10/20/09 | 28.77 | " | | | |
| 1238 | 10/23/09 - 10/16/09 | 24.53 | " | | | |
| 370 | 12/10/09 | 15.75 | " | | | |
| 365 | 1/27/10 | 10.41 | " | | | |
| 418 | 12/29/09 | 18.00 | " | | | |
| Total 4361 | CB | 24.0∅ | | | | |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this _26_ day of _March_, 2010.

_Raymond F Karlavich_
Signature

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: administrator@kendalllawgroup.com
Website: www.kendalllawgroup.com

Plaintiff's Certification of Investment of
Fuqi International, Inc.

I, <u>Theresa D. Sweeney and James D. Blanchard</u>, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial (if necessary). I am willing to participate on an executive committee of shareholders.

3. Plaintiff's transaction in FUQI security that is the subject of this action is:

| # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | CLASS OF STOCK (e.g. COMMON) | IF SOLD, # OF SHARES SOLD | DATE SOLD (if sold) | PER SHARE SOLD PRICE |
|---|---|---|---|---|---|---|
| 4,907 | 11/17/2008 | 6.99 | Common | 4,907 | 8/17/2009 | 22.21 |
| 5,933 | 11/17/2008 | 6.88 | Common | 5,933 | 8/17/2009 | 22.22 |
| 790 | 8/17/2009 | 25.13 | Common | 790 | 12/22/2009 | 16.43 |
| 2,120 | 8/17/2009 | 25.26 | Common | 2,120 | 12/22/2009 | 16.41 |
| 680 | 8/21/2009 | 24.71 | Common | 680 | 12/22/2009 | 16.43 |

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this <u>02</u> day of <u>April</u>, 2010.

<u>Theresa D. Sweeney   JDBlanchard</u>
Signature

Return to:
Hamilton Lindley
Kendall Law Group, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: administrator@kendalllawgroup.com
Website: www.kendalllawgroup.com