| MOVANT | # SHARES PURCHASED | DATE PURCHASED | PRICE PER SHARE | PURCHASE TOTAL | # OF SHARES SOLD | DATE SOLD (if sold) |
|---|---|---|---|---|---|---|
| Frank Guofeng Ma | 1000 | 8/27/2009 | $25.1990 | $25,199.0000 | | |
| | 1000 | 8/27/2009 | $25.5000 | $25,500.0000 | | |
| | 1000 | 8/28/2009 | $26.2000 | $26,200.0000 | | |
| | 1000 | 8/28/2009 | $25.9960 | $25,996.0000 | | |
| | 1000 | 9/1/2009 | $24.6500 | $24,650.0000 | | |
| | 1000 | 9/18/2009 | $28.1000 | $28,100.0000 | | |
| | 1500 | 10/28/2009 | $20.1000 | $30,150.0000 | | |
| | 2000 | 11/9/2009 | $20.5500 | $41,100.0000 | | |
| | 450 | 11/9/2009 | $19.9500 | $8,977.5000 | | |
| | 30 | 11/9/2009 | $20.0000 | $600.0000 | | |
| Walter Wagner | 1000 | 3/11/2010 | $20.0900 | $20,090.0000 | 1000 | 3/17/2010 |
| | 700 | 3/11/2010 | $20.2000 | $14,140.0000 | 700 | 3/17/2010 |
| | 1000 | 3/12/2010 | $20.0700 | $20,070.0000 | | |
| Larry Harp | 250 | 6/16/2009 | $16.9700 | $4,242.5000 | 250 | 6/24/2009 |
| | 300 | 6/25/2009 | $24.7000 | $7,410.0000 | 300 | 6/28/2009 |
| | 130 | 6/26/2009 | $24.5200 | $3,187.6000 | 130 | 9/4/2009 |
| | 180 | 6/31/2009 | $26.3100 | $4,735.8000 | 180 | 9/10/2009 |
| | 52 | 9/4/2009 | $24.8600 | $1,292.7200 | 52 | 9/10/2009 |
| | 300 | 10/16/2009 | $26.7200 | $8,016.0000 | 300 | 10/23/2009 |
| | 145 | 10/16/2009 | $26.4400 | $3,833.8000 | 145 | 10/23/2009 |
| | 200 | 10/26/2009 | $27.3500 | $5,470.0000 | 200 | 11/13/2009 |
| | 25 | 10/27/2009 | $26.7100 | $667.7500 | 25 | 11/13/2009 |
| | 100 | 10/27/2009 | $26.7100 | $2,671.0000 | 100 | 2/16/2010 |
| | 125 | 10/27/2009 | $26.7100 | $3,338.7500 | | |
| | 170 | 10/27/2009 | $26.1300 | $4,442.1000 | | |
| | 30 | 10/27/2009 | $26.0000 | $780.0000 | | |
| | 295 | 10/27/2009 | $26.4900 | $7,814.5500 | | |
| | 480 | 10/30/2009 | $26.1300 | $12,542.4000 | | |
| Theresa Sweeney/ James Blanchard | 4907 | 11/17/2008 | $6.9900 | $34,299.9300 | 4907 | 8/17/2009 |
| | 5933 | 11/17/2008 | $6.8800 | $40,819.0400 | 5933 | 8/17/2009 |
| | 790 | 8/17/2009 | $25.1300 | $19,852.7000 | 790 | 12/22/2009 |
| | 2120 | 8/17/2009 | $25.2600 | $53,551.2000 | 2120 | 12/22/2009 |
| | 680 | 8/21/2009 | $24.7100 | $16,802.8000 | 680 | 12/22/2009 |
| Raymond Kerlovich | 1000 | 9/29/2009 | $30.2700 | $30,270.0000 | | |
| | 920 | 10/20/2009 | $27.7700 | $25,548.4000 | | |
| | 1238 | 10/23/2009 | $21.5300 | $26,654.1400 | | |
| | 320 | 12/10/2009 | $18.7500 | $6,000.0000 | | |
| | 465 | 1/27/2010 | $16.8100 | $7,816.6500 | | |
| | 418 | 12/29/2009 | $18.0000 | $7,524.0000 | | |

| PER SHARE SOLD PRICE | SELL TOTAL | LOSS (IF SOLD) | LOSS (HOLDING) Based on $10.30 closing price on 3/19 | LOSS CALCULATION |
|---|---|---|---|---|
| | | | $133,678.5000 | $133,678.5000 |
| $13.2200 | $13,220.0000 | $6,870.0000 | | $52,774.0000 |
| $13.1200 | $9,184.0000 | $4,956.0000 | | |
| | | | $10,300.0000 | |
| $17.8500 | $4,462.5000 | | | $64,240.7500 |
| $27.9700 | $8,391.0000 | | | |
| $26.5200 | $3,447.6000 | | | |
| $27.0000 | $4,860.0000 | | | |
| $27.0000 | $1,404.0000 | | | |
| $28.8300 | $8,649.0000 | | | |
| $28.8300 | $4,180.3500 | | | |
| $24.9000 | $4,980.0000 | | | |
| $24.9000 | $622.5000 | | | |
| $17.4200 | $1,742.0000 | | | |
| | | | $2,308.7500 | |
| | | | $3,154.6000 | |
| | | | -$971.0000 | |
| | | | $7,505.5500 | |
| | | | $9,503.9000 | |
| $22.2100 | $108,984.4700 | -$74,684.5400 | | $134,431.3600 |
| $22.2200 | $131,831.2600 | -$91,012.2200 | | |
| $16.4300 | $12,979.7000 | $6,873.0000 | | |
| $16.4100 | $34,789.2000 | $18,762.0000 | | |
| $16.4300 | $11,172.4000 | $5,630.4000 | | |
| | | | $19,970.0000 | $58,894.8900 |
| | | | $16,072.4000 | |
| | | | $13,902.7400 | |
| | | | $2,704.0000 | |
| | | | $3,027.1500 | |
| | | | $3,218.6000 | |

**TOTAL LOSS:** **$444,019.5000**