# Lasky & Rifkind, Ltd.

**Lasky & Rifkind, Ltd.** is a law firm that has substantial experience in securities fraud and complex commercial litigation with an emphasis on securities class actions, shareholder and unit holder derivative suits as well as other commercial litigation. The firm has represented clients in arbitration forums and state and federal courts throughout the nation and its principals have appeared in over 30 different state and federal jurisdictions. The firm has participated in securities and derivative lawsuits where counsel have negotiated significant settlements on behalf of limited partners, unit holders, shareholders, or class members, including the following: White v. Heartland Municipal Bond Funds, U.S. District Court for the Eastern District of Wisconsin, Case No. 00-C-1388, Barry Aron v. K. Donald Menefee, et al., U.S. District Court For The District Of Columbia, Case No. 91-3185-RCL; Estate of John L. Flake v. William K. Hoskins, et al., District of Kansas, C.A. No. 98-2450; James F. Schofield, et al. v. McNeil Partners, et al., Superior Court for the State of California for the County of Los Angeles, Case No. BC 133799; Michael Calabrese and Joseph Santoro v. Richard Barbieri, Sr., Richard Barbieri, Jr., et al., U.S. District Court for the District of Connecticut, Case No. 3:92-CV-322; Jack M. Carlstrom, et al. v. Arvida/JMB Managers, Inc., et al., Circuit Court of Cook County, Case No. 96 CH 6892; Joseph A. Ganino v. Citizens Utilities Company, et al., U.S. District Court District of Connecticut, Civil Action No. 3:98CV00480; Vadim Kisinko, et al. v. STB Systems, Inc., et al., U.S. District Court Northern District of Texas Dallas Division, C.A. No. 3:99 CV-2872-M; Arvida/JMB Partners, L.P. v. Vanderbilt Income and Growth Associates, L.L.C. and Raleigh Capital Associates, L.P., Court of Chancery for the State of Delaware in and for New Castle County, C.A. No. 15238; Kenneth Flaxman v. Countrywide Home Loans, Inc., Circuit Court of Cook County, Case No. 98 CH 05947; Barry Neil Lowe v. Compuserve, Inc., Circuit Court of Cook County, Case No. 90 CH 977 ; In re Prison Realty Securities Litigation, U.S. District Court, Middle District of Tennessee, Civil Action No. 3:99-0452.

**Leigh Lasky** is a member of the firm and concentrates his practice in securities and commercial litigation and has extensive experience in connection with limited partnerships and tender offer litigation. Mr. Lasky is admitted to practice in the states of Illinois, New York, the U.S. District Court for the Northern District of Illinois including, Trial Bar, and the Southern District of New York. Mr. Lasky has argued appeals in the following appellate courts: Seventh Circuit, Illinois Appellate Court, New York Appellate Division and the Georgia Court of Appeals. Mr. Lasky received his B.A. Degree from the University of Illinois and his J.D. Degree from The John Marshall School of Law.

**Norman Rifkind** is a member of the firm, concentrating his practice in securities, commercial, and consumer fraud litigation. Mr. Rifkind is a member of the Illinois bar and is a member of the bar for the U.S. District Court, Northern District of Illinois, including Trial Bar, Central District of Illinois, and Eastern District of Michigan. Mr. Rifkind has argued appeals in the following appellate courts: Fourth Circuit, Seventh Circuit, Sixth Circuit, Eighth Circuit, Eleventh Circuit, Illinois Appellate Court, New York Appellate Division, New Mexico Supreme Court and the Nebraska Supreme Court. He has tried securities, commercial, legal malpractice, contract, civil rights and personal injury cases. Mr. Rifkind graduated from Indiana University's School of Business in 1982, majoring in finance and from Loyola University School of Law in 1985 where he was the recipient of the American Jurisprudence Awards in Evidence and Labor Law. He is the author of "Negligent Misrepresentation in Illinois: The Third Party (Non) Requirement," published at 82 Illinois Bar Journal 668 (1994).