**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
PRADEEP MAHAPATRA, Individually and On ) Case No. 10-cv-2515 (DAB) (DF)
Behalf of All Others Similarly Situated, )
                                        )
                       Plaintiff,       )
                                        )
           vs.                          )
                                        )
FUQI INTERNATIONAL, INC., YU KWAI       )
CHONG, and CHING WAN WONG,              )
                                        )
                       Defendants.      )
_____

[Additional Captions Follow]

**DECLARATION OF JOSEPH H. WEISS IN SUPPORT OF MOTION OF PROPOSED
LEAD PLAINTIFFS BRENT EVANS, SIDNEY AND ELAINE GLICK
FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS
AND THE APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| ROBERT M. HODGE, Individually and on behalf of himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, )<br>)<br>Defendants. ) | Case No. 10-cv-2544 (DAB) (DF) |
| THOMAS MARKEY, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG and CHARLENE HUA, )<br>)<br>Defendants. ) | Case No. 10-cv-2556 (DAB) (DF) |

| | |
|---|---|
| JOEL A. HOFFLICH,<br><br>               Plaintiff,<br><br>      vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILLY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, HAIYONG JEFF LIU, WILLIAM BLAIR & COMPANY, L.L.C., COWEN & COMPANY, L.L.C. and OPPENHEIMER & CO., INC.,<br><br>               Defendants. | Case No. 10-cv-2610 (DAB) (DF) |
| CARLTON COWIE, On Behalf of Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>      vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>               Defendants. | Case No. 10-cv-2611 (DAB) (DF) |
| FUCHSBERG INVESTMENT PARTNERS, On Behalf of Itself and All Others Similarly Situated,<br><br>               Plaintiff,<br><br>      vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>               Defendants. | Case No. 10-cv-2639 (DAB) (DF) |

| | |
|---|---|
| TAMMY DEE THOMPSON, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & CO., OPPENHEIMER & CO. INC., and COWEN AND COMPANY, LLC, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 10-cv-2640 (DAB) (DF) |
| HAI RONG YANG, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, )<br>)<br>Defendants. ) | Case No. 10-cv-2654 (DAB) (DF) |

| | |
|---|---|
| HARRY POGASH, Individually and On Behalf of All Others Similarly Situated, <br><br>                         Plaintiff, <br><br> vs. <br><br> FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, and CHARLENE HUA, <br><br>                         Defendants. | ) Case No. 10-cv-2885 (DAB) (DF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| SIDNEY and ELAINE GLICK, Individually and On Behalf of All Others Similarly Situated, <br><br>                         Plaintiffs, <br><br> vs. <br><br> FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, <br><br>                         Defendants. | ) Case No. 10-cv-3007 (DAB) (DF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| MICHAEL E. COOPER, JR., Individually and On Behalf of All Others Similarly Situated, </br></br>　　　　　　Plaintiff, </br></br>　　vs. </br></br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & COMPANY, L.L.C., OPPENHEIMER & CO., INC., and COWEN & COMPANY, L.L.C. </br></br>　　　　　　Defendants. | ) Case No. 10-cv-3024 (DAB) (DF) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| RICHARD C. STARKEY, derivatively on behalf of FUQI INTERNATIONAL, INC., </br></br>　　　　　　Plaintiff, </br></br>　　vs. </br></br>YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, and JEFF HAIYONG LIU, </br></br>　　　　　　Defendants. | ) Case No. 10-cv-3326 (DAB) (DF) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

JOSEPH H. WEISS, declares as follows:

　　1.　　I am admitted to practice in New York and am an attorney with the law firm of Weiss & Lurie, counsel for Brent Evans, Sidney and Elaine Glick, proposed Lead Plaintiffs herein. I submit this declaration in support of proposed Lead Plaintiffs Brent Evans, Sidney and

1

Elaine Glick's Motion for Consolidation, Appointment as Lead Plaintiffs and Approval of their Selection of Lead Counsel.

2.	Attached hereto as Exhibit A is a true and correct copy of the notice published over BusinessWire on March 19, 2010, by the plaintiff in the Hodge action.

3.	Attached hereto as Exhibit B are the certifications of Brent Evans, Sidney and Elaine Glick.

4.	Attached hereto as Exhibit C is a loss chart estimating the damages suffered by the Proposed Lead Plaintiffs during the class period.

5.	Attached hereto as Exhibit D is a true and accurate copy of the firm biography of Stull, Stull & Brody.

6.	Attached hereto as Exhibit E is a true and accurate copy of the firm biography of Weiss & Lurie.

7.	Attached hereto as Exhibit F is a true and accurate copy of the Complaint filed in the Glick action.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2010, at New York, New York.

    s/ Joseph H. Weiss    
JOSEPH H. WEISS
