# EXHIBIT B

## PLAINTIFF CERTIFICATION

___BRENT GRAHAME EVANS___ ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any securities of Fuqi International, Inc. ("Fuqi" or the "Company") at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a lead plaintiff and/or representative party on behalf of a class, including providing testimony at deposition and trial if necessary. Plaintiff understands that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation.

4. All of Plaintiff's purchases and/or sales of Fuqi common stock which are the subject of the complaint are set forth on the separate page annexed as Appendix A to this document.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this ___5th___ day of ___May___, 2010

_____
Signature

# Appendix A

## Fuqi International, Inc. Common Stock

| TRADE DATE | SECURITY/SYMBOL | QUANTITY | PRICE PER SHARE | PURCHASE / SALE |
|---|---|---|---|---|
| Buy 27/8/09 | FUQI | 1000 | $27.58 | |
| Buy 13/11/09 | FUQI | 1000 | $19.5581 | |
| Buy 25/11/09 | FUQI | 1000 | $22.1831 | |
| Sell 23/12/09 | FUQI | 3000 | $17.7706 | |
| Buy 06/01/10 | FUQI | 1000 | $20.35 | |
| Buy 12/1/10 | FUQI | 1000 | $22.25 | |
| Sell 18/3/10 | FUQI | 2000 | $11.9819 | |

Please list additional transactions, if any, on a separate sheet of paper if necessary.

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

SIDNEY AND ELAINE GLICK, each hereby certifies as follows:

1    I have reviewed the complaint being filed on my behalf and on behalf of all others similarly situated and authorized its filing

2    I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action

3    I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4    To the best of my current knowledge, the following are all my transactions in Fuqi International, Inc securities during the class period referenced in the complaint:

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| 11/05/2009 | P | 1,000 | $20.63 |

5    I have not served as a class representative in a federal securities case in the last three years

6    I will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class

7    The matters stated in this certification are true to the best of my current knowledge, information and belief

8    I hereby certify, under penalty of perjury, that the foregoing is true and correct

DATED:    March 26, 2010

_____
SIDNEY GLICK

_____
ELAINE GLICK