UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRADEEP MAHAPATRA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>　　　　　　Defendants. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X |

　　　　　　　　　　　　　　　　　Civil Action No. 10-CIV-2515

　　　　　　　　　　　　　　　　　"ECF" Case

　　　　　　　　　　　　　　　　　DECLARATION OF LEIGH R. LASKY IN SUPPORT OF MOTION FOR APPOINTMENT OF FUQI SHAREHOLDERS GROUP AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL

　　　Leigh R. Lasky, under penalties of perjury, hereby declares:

　　　1.　　I am a lawyer with Lasky & Rifkind, Ltd.  I submit this Declaration in Support of the Motion for Appointment of Frank Ma, James Blanchard, Larry Harp, Walter Wagner and Raymond Kerlovich (The "Fuqi Shareholders Group"), as Lead Plaintiff and Approval of Their Selection of Counsel.

　　　2.　　Attached hereto as Exhibit 1 is a true and correct copy of the certifications of Movants Frank Ma, James Blanchard, Walter Wagner, Larry Harp and Raymond Kerlovich.

　　　3.　　Attached hereto as Exhibit 2 is a true and correct copy of a loss chart for each movants' transactions, summarizing total estimated losses of $444,019.50.

　　　4.　　Attached hereto as Exhibit 3 is a true and correct copy of the notice published

　　　5.　　Attached hereto as Exhibit 4 is a copy of the firm resume of Lasky & Rifkind, Ltd.

　　　6.　　Attached hereto as Exhibit 5 is a copy of the firm resume of Kendall Law Group, LLP.

| | |
|---|---|
| Dated: May 17, 2010. | Respectfully Submitted, |
| | /s/ Leigh Lasky |
| | _____ |
| | Leigh R. Lasky<br>LASKY & RIFKIND, LTD.<br>140 Broadway, 23rd Floor<br>New York, New York 10005<br>Telephone: 212-907-0800<br>Facsimile: 212-684-6083 |
| | **Attorneys for Frank Ma, James Blanchard, Larry Harp Walter Wagner and Raymond Kerlovich** |

## CERTIFICATE OF SERVICE

I, Leigh Lasky, hereby certify that on May 17, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. All counsel of record were served via the ECF system with a Notice of Filing Pursuant to the local rules on electronic filing.

/s/ Leigh Lasky

_____

Leigh R. Lasky