UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRADEEP MAHAPATRA, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>                    Defendants. | **Civil Action No. 10-cv-2515 (DAB)** |
| ROBERT M. HODGE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>                    Defendants. | **Civil Action No. 10-cv-2544 (DAB)** |
| THOMAS MARKEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, and CHARLENE HUA,<br><br>                    Defendants. | **Civil Action No. 10-cv-2556 (DAB)** |

(Captions continued on subsequent pages.)

**NOTICE OF MOTION AND MOTION BY WALDEMAR
MAUER FOR CONSOLIDATION OF RELATED
CLASS ACTION COMPLAINTS, APPOINTMENT OF
<u>LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

| | |
|---|---|
| JOEL A. HOFFLICH, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>FUQI CORPORATION, YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILLY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, HAIYONG JEFF LIU, WILLIAM BLAIR & COMPANY, COWEN & COMPANY, and OPPENHEIMER & CO.,<br><br>     Defendants. | **Civil Action No. 10-cv-2610 (DAB)** |
| CARLTON COWIE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>     Defendants. | **Civil Action No. 10-cv-2611 (DAB)** |
| FUCHSBERG INVESTMENT PARTNERS, On Behalf of Itself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>     Defendants. | **Civil Action No. 10-cv-2639 (DAB)** |

| | |
|---|---|
| TAMY DEE THOMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & COMPANY, OPPENHEIMER & CO., INC. and COWEN & COMPANY, LLC.,<br><br>　　　　　　Defendants. | **Civil Action No. 10-cv-2640 (DAB)** |
| HAI RONG YANG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>　　　　　　Defendants. | **Civil Action No. 10-cv-2654 (DAB)** |
| HARRY POGASH, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, and CHARLENE HUA,<br><br>　　　　　　Defendants. | **Civil Action No. 10-cv-2885 (DAB)** |

| | |
|---|---|
| SIDNEY GLICK, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG,<br><br>                Defendants. | **Civil Action No. 10-cv-3007 (DAB)** |
| MICHAEL D. COOPER, JR. Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & COMPANY, L.L.C., OPPENHEIMER & CO., INC. and COWEN & COMPANY, LLC.,<br><br>                Defendants. | **Civil Action No. 10-cv-3024 (DAB)** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Waldemar Mauer's ("Mauer") Motion For Consolidation of Related Actions, For Appointment as Lead Plaintiff and For Approval of his Selection of Counsel as Lead Counsel for the Class, filed herewith, proposed Lead Plaintiff Mauer hereby moves this Court, the Honorable Deborah A. Batts, United States District Court, Southern District of New York, Room 24B, 500 Pearl Street, New York, New York 10007, for an Order (1) consolidating all actions filed in the Southern District of New York in the above-captioned class actions for all purposes, pursuant to Fed. R. Civ. P. 42(a); (2) appointing Mauer as Lead Plaintiff for the Class of purchasers of Fuqi International, Inc. securities pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and Section 27(a)(3)(B) of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Lead Plaintiff's selection of Pomerantz Haudek Grossman & Gross LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Dated:  May 18, 2010
        New York, New York

                Respectfully submitted,

                **POMERANTZ HAUDEK
                 GROSSMAN & GROSS LLP**

                /s/ Marc I. Gross
                Marc I. Gross
                Jeremy A. Lieberman
                100 Park Avenue
                New York, New York 10017
                Telephone: (212) 661-1100
                Facsimile: (212) 661-8665

**POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:   (312) 377-1181
Facsimile:    (312) 377-1184

*Attorneys for Waldemar Mauer*