# Exhibit 1

BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Mar 19 2010  18:30:01


   Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against
   Fuqi International, Inc.

Business Wire

NEW YORK -- March 19, 2010

Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia")
(http://www.csgrr.com/cases/fuqi/) today announced that a class action has
been commenced in the United States District Court for the Southern District
of New York on behalf of purchasers of the common stock of Fuqi International,
Inc. ("Fuqi" or the "Company") (Nasdaq:FUQI) between May 15, 2009 and March
17, 2010, inclusive (the "Class Period"), seeking to pursue remedies under the
Securities Exchange Act of 1934 (the "Exchange Act").

If you wish to serve as lead plaintiff, you must move the Court no later than
60 days from today. If you wish to discuss this action or have any questions
concerning this notice or your rights or interests, please contact plaintiff's
counsel, Samuel H. Rudman or David A. Rosenfeld of Coughlin Stoia at
800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a
member of this Class, you can view a copy of the complaint as filed or join
this class action online at http://www.csgrr.com/cases/fuqi/. Any member of
the putative class may move the Court to serve as lead plaintiff through
counsel of their choice, or may choose to do nothing and remain an absent
class member.

The complaint charges Fuqi and certain of its officers and executives with
violations of the Exchange Act. Fuqi is headquartered in Shenzhen, China and
describes itself as a leading designer, producer and seller of high quality
precious metal jewelry in China.

The complaint alleges that, throughout the Class Period, defendants failed to
disclose material adverse facts about the Company's true financial condition,
business and prospects. Specifically, the complaint alleges that defendants
failed to disclose: (i) that the Company's financial results were artificially
inflated due to Fuqi's material misstatement of its inventory and cost of
sales; (ii) that the Company's internal and disclosure controls with respect
to its inventory and cost of sales were materially deficient; (iii) that, as a
result of the foregoing, Fuqi's financial statements were not fairly presented
in conformity with U.S. Generally Accepted Accounting Principles and were
materially false and misleading; and (iv) that, based on the foregoing,
defendants lacked a reasonable basis for their positive statements about the
Company, its prospects and growth.

On March 16, 2010, Fuqi issued a press release announcing its preliminary
financial results for the fourth quarter ended December 31, 2009, and a delay
in the filing of its Annual Report on Form 10-K. In response to these
statements, on the next trading day, shares of the Company's stock fell more
than 37%, to close at $11.90 per share, on approximately 20 times its normal
trading volume.

Plaintiff seeks to recover damages on behalf of all purchasers of the common
stock of Fuqi the Class Period (the "Class"). The plaintiff is represented by
Coughlin Stoia, which has expertise in prosecuting investor class actions and
extensive experience in actions involving financial fraud.

Coughlin Stoia, a 180-lawyer firm with offices in San Diego, San Francisco,
New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in
major litigations pending in federal and state courts throughout the United
                              Copyright (c) 2010

BUS         Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
            Mar 19 2010   18:30:01
States and has taken a leading role in many important actions on behalf of
defrauded investors, consumers, and companies, as well as victims of human
rights violations. The Coughlin Stoia Web site (http://www.csgrr.com) has more
information about the firm.

Contact:

Coughlin Stoia Geller Rudman & Robbins LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@csgrr.com

-0- Mar/19/2010 22:30 GMT

Copyright (c) 2010