# Exhibit 2

## CERTIFICATION PURSUANT TO
## FEDERAL SECURITIES LAWS

1. I, __WALDEMAR MAUER__, make this declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed the draft Complaint against Fuqi International, Inc. ("Fuqi") and authorize a filing of a comparable Complaint on my behalf.

3. I did not purchase Fuqi securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934.

4. I am willing to serve as a representative party on behalf of a Class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action and that the firm of Pomerantz Haudek Grossman & Gross LLP may exercise its discretion in determining whether to move on my behalf for appointment as lead plaintiff.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Fuqi securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty or perjury that the foregoing is true and correct.

Executed _MAY 17, 2010_, at _MOUNT PROSPECT, ILLINOIS_
(Date)                              (City, State)

_Waldemar Mauer_
(Signature)

_WALDEMAR MAUER_
(Type or Print Name)

_OWNER_
(Title)

## SUMMARY OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 07/08/09 | PURCHASE | 5,000 | 18.70 |
| 07/14/09 | PURCHASE | 5,000 | 17.45 |
| 08/11/09 | SELL | 2,500 | 17.50 |
| 08/12/09 | SELL | 2,100 | 17.50 |
| 08/14/09 | SELL | 300 | 17.50 |
| 08/23/09 | SELL | 5,000 | 20.00 |
| 08/23/09 | SELL | 100 | 17.50 |
| 08/31/09 | PURCHASE | 10,000 | 25.57 |
| | | | |
| 08/14/09 | PURCHASE | 100 | 27.24 |
| 08/17/09 | PURCHASE | 2,150 | 25.1318 |
| 08/17/09 | PURCHASE | 2,250 | 25.15 |
| 09/18/09 | PURCHASE | 10,000 | 28.01 |
| 11/06/09 | PURCHASE | 10,000 | 21.82 |
| | | | |
| 08/13/09 | PURCHASE | 5,000 | 27.488 |
| 08/26/09 | SELL | 5,000 | 29.00 |
| 08/14/09 | PURCHASE | 6,000 | 27.45 |