# Exhibit 3

**FUQI INTL INC**
**CLASS PERIOD: MAY 15 2009 through MAR 17 2010**

| Plaintiff | Purchase Date | Shares | Price | Sales Date | Shares | Price | Amount | Shares Retained | 62-Day* Mean Price $10.8637 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Mauer, Waldemar | 7/8/2009 | 5,000 | $18.7000 | ($93,500) | 8/11/2009 | (2,500) | $17.5000 | $43,750 | | |
| | 7/14/2009 | 5,000 | $17.4500 | ($87,250) | 8/12/2009 | (2,100) | $17.5000 | $36,750 | | |
| | 8/13/2009 | 5,000 | $27.4880 | ($137,440) | 8/14/2009 | (300) | $17.5000 | $5,250 | | |
| | 8/14/2009 | 100 | $27.2400 | ($2,724) | 8/23/2009 | (100) | $17.5000 | $1,750 | | |
| | 8/14/2009 | 6,000 | $27.4500 | ($164,700) | 8/23/2009 | (5,000) | $20.0000 | $100,000 | | |
| | 8/17/2009 | 2,250 | $25.1500 | ($56,588) | 8/26/2009 | (5,000) | $29.0000 | $145,000 | | |
| | 8/17/2009 | 2,150 | $25.1318 | ($54,033) | | | | | | |
| | 8/31/2009 | 10,000 | $25.5700 | ($255,700) | | | | | | |
| | 9/18/2009 | 10,000 | $28.0100 | ($280,100) | | | | | | |
| | 11/6/2009 | 10,000 | $21.8200 | ($218,200) | | | | | | |
| | | 55,500 | | ($1,350,235) | | (15,000) | | $332,500 | 40,500 | $439,980 | ($577,755) |