**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRADEEP MAHAPATRA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>Defendants. | Civil Action No. 10 Civ. 2515 (DAB) |
| ROBERT M. HODGE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>Defendants. | Civil Action No. 10 Civ. 2544 (DAB) |
| THOMAS MARKEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>Defendants. | Civil Action No. 10 Civ. 2556 (DAB) |
| CARLTON COWIE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>Defendants. | Civil Action No. 10 Civ. 2611 (DAB) |

(Additional Captions Continue on next page)

**DECLARATION OF ANTONIO VOZZOLO IN SUPPORT OF MOTION OF MICHAEL KORNS AND GILDA CABRAL TO CONSOLIDATE ALL RELATED ACTIONS, TO BE APPOINTED LEAD PLAINTIFF, AND FOR APPROVAL OF THEIR SELECTION OF FARUQI & FARUQI, LLP AS LEAD COUNSEL**

| | |
|---|---|
| FUCHSBERG INVESTMENT PARTNERS, On Behalf of Itself And All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>      Defendants. | Civil Action No. 10 Civ. 2639 (DAB) |
| TAMY DEE THOMPSON, Individually And On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>      Defendants. | Civil Action No. 10 Civ. 2640 (DAB) |
| HAI RONG YANG, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>      Defendants. | Civil Action No. 10 Civ. 2654 (DAB) |
| HARRY POGASH, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>      Defendants. | Civil Action No. 10 Civ. 2885 (DAB) |

(Additional Captions Continue on next page)

| | |
|---|---|
| SIDNEY and ELAINE GLICK, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br> v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>Defendants. | Civil Action No. 10 Civ. 3007 (DAB) |
| MICHAEL D. COOPER, Individually and On Behalf of all Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>FUQI INTERNATIONAL, INC., ET AL.,<br><br>      Defendants. | Civil Action No. 10 Civ. 3024 (DAB) |

  I, Antonio Vozzolo, declare the following in support of the Motion of Michael Korns and Gilda Cabral ("Movants") to Consolidate All Related Actions, to be Appointed Lead Plaintiff, and for Approval of Their Selection of Faruqi & Faruqi, LLP as Lead Counsel:

  1. I am a partner at the law firm of Faruqi & Faruqi, LLP, counsel to Movants. I submit this Declaration in support of Movants' Motion for consolidation, appointment as Lead Plaintiff and approval of my firm to serve the Class as Lead Counsel.

  2. Attached hereto as Exhibit A is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on March 19, 2010 on *Business Wire*, advising the public of the pendency of a class action filed on behalf of purchasers of Fuqi International, Inc. securities during the period May 15, 2009 through and including March 16, 2010.

3.      Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the second-filed of the above-captioned actions that was published on March 19, 2010 on *Business Wire*, advising the public of the pendency of a class action filed on behalf of purchasers of Fuqi International, Inc. securities during the period May 15, 2009 through and including March 16, 2010.

4.      Attached hereto as Exhibit C is a true and correct copy of the signed certification of Movant Michael Korns pursuant to the requirements Section 21D of the Securities Exchange Act of 1934.  See 15 U.S.C. § 78u-4(a)(2)(A).

5.      Attached hereto as Exhibit D is a true and correct copy of the signed certification of Movant Gilda Cabral pursuant to the requirements Section 21D of the Securities Exchange Act of 1934.  See 15 U.S.C. § 78u-4(a)(2)(A).

6.      Attached hereto as Exhibit E is a true and correct copy of the Loss Chart, detailing Movant Michael Korns's Class Period transactions and the losses sustained as a result of those transactions.

7.      Attached hereto as Exhibit F is a true and correct copy of the Loss Chart, detailing Movant Gilda Cabral's Class Period transactions and the losses sustained as a result of those transactions.

8.      Attached hereto as Exhibit G is a true and correct copy of the firm resume for Faruqi & Faruqi, LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

                                              */s/ Antonio Vozzolo*
                                              ANTONIO VOZZOLO