# EXHIBIT A



17 of 25 DOCUMENTS

Copyright 2010 Business Wire, Inc.
Business Wire

**March** 19, 2010 Friday 11:26 PM GMT

**DISTRIBUTION:** Business Editors; Legal Editors

**LENGTH:** 665 words

**HEADLINE:** CORRECTING and REPLACING Glancy Binkow & Goldberg LLP, Representing Investors Who Purchased **Fuqi International,** Inc., Announces **Class** Action Lawsuit and Seeks to Recover Losses

**DATELINE:** LOS ANGELES

**BODY:**

Reissuing release to correct ticker symbol for searching purposes.

The corrected release reads:

GLANCY BINKOW & GOLDBERG LLP, REPRESENTING INVESTORS WHO PURCHASED **FUQI IN-TERNATIONAL,** INC., ANNOUNCES **CLASS** ACTION LAWSUIT AND SEEKS TO RECOVER LOSSES

Notice is hereby given that Glancy Binkow & Goldberg LLP has filed a **class** action lawsuit in the United States District Court for the Southern District of New York on behalf of a **class** consisting of all persons or entities who purchased the common stock of **Fuqi International,** Inc. ("Fuqi" or the "Company") (NASDAQ:FUQI) between May 15, 2009 and March 16, 2010, inclusive (the "**Class** Period").

A copy of the Complaint is available from the court or from Glancy Binkow & Goldberg LLP. Please contact us by phone to discuss this action or to obtain a copy of the Complaint at (310) 201-9150 or Toll Free at (888) 773-9224, by email at shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com .

The Complaint charges Fuqi and certain of the Company's executive officers with violations of federal securities laws. Fuqi is a leading designer of high quality precious metal jewelry in China, developing, promoting and selling a broad range of products in the large and rapidly expanding Chinese luxury goods market. The Complaint alleges that throughout the **Class** Period defendants knew or recklessly disregarded that their public statements concerning Fuqi's business, operations and prospects were materially false and misleading. Specifically, defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's wholesale business was slowing; (2) that the Company's cost of sales was understated during the **Class** Period; (3) that, as a result, the Company's financial results were overstated during the **Class** Period; (4) that the Company's financial results were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"); (5) that the Company lacked adequate internal and financial controls; and (6) that, as a result of the above, the Company's financial statements were materially false and misleading at all relevant times.

On March 16, 2010, after the market closed, the Company disclosed that Fuqi had identified certain errors related to the accounting of the Company's inventory and cost of sales, and that the result of the accounting errors was expected to have a material impact on the Company's previously issued quarterly financial statements for the first three quarters of 2009. The Company informed investors that, as a result, Fuqi's financial statements for the first three quarters of 2009 should no longer be relied upon and that the Company intended to file amendments disclosing the effect of the accounting errors.

CORRECTING and REPLACING Glancy Binkow & Goldberg LLP, Representing Investors Who Purchased Fuqi International, Inc., Announces Class Action Lawsuit and Seeks to Recover Losses Business Wire March

The next day, as a result of this news, the price of Fuqi stock declined $7.10 per share, or approximately 37%, to close on March 17, 2010, at $11.90 per share, on unusually heavy volume.

Plaintiff seeks to recover damages on behalf of **class** members and is represented by Glancy Binkow & Goldberg LLP, a law firm with significant experience in prosecuting **class** actions, and substantial expertise in actions involving corporate fraud.

If you are a member of the **class** described above, you may move the Court, no later than 60 days from the date of this Notice, to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Michael Goldberg, Esquire, of Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at (310) 201-9150 or Toll Free at (888) 773-9224, by e-mail to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com .

CONTACT: Glancy Binkow & Goldberg LLP, Los Angeles, CA
Lionel Z. Glancy
Michael Goldberg
(310) 201-9150 or (888) 773-9224
shareholders@glancylaw.com
www.glancylaw.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** March 20, 2010