# EXHIBIT E

Case 1:10-cv-02515-DAB    Document 12-6    Filed 05/18/2010    Page 1 of 7

Michael Korns

Loss Chart

| Transaction | Strike Price/Expiration Date (Options) | Trade Date | Price Per Securities/ Share | Quantity | Total |
|---|---|---|---|---|---|
| Buy | NA | 8/7/2009 | $27.13 | 4,900 | ($132,937.00) |
| Buy | NA | 8/7/2009 | $27.12 | 500 | ($13,560.00) |
| Buy | NA | 8/7/2009 | $27.13 | 4,400 | ($119,372.00) |
| Buy | NA | 8/7/2009 | $27.12 | 200 | ($5,423.00) |
| Buy | NA | 9/17/2009 | $30.85 | 300 | ($9,255.00) |
| Buy | NA | 9/17/2009 | $31.01 | 7,287 | ($225,940.72) |
| Buy | NA | 9/17/2009 | $30.94 | 5,000 | ($154,704.00) |
| Buy | NA | 9/17/2009 | $30.90 | 1,700 | ($52,530.00) |
| Buy | NA | 9/17/2009 | $30.83 | 915 | ($28,209.45) |
| Buy | NA | 9/17/2009 | $30.89 | 700 | ($21,623.00) |
| Buy | NA | 9/17/2009 | $30.83 | 85 | ($2,620.55) |
| Buy | NA | 9/17/2009 | $30.80 | 1,000 | ($30,800.00) |
| Buy | NA | 9/17/2009 | $30.70 | 600 | ($18,420.00) |
| Buy | NA | 9/17/2009 | $30.78 | 100 | ($3,078.00) |
| Buy | NA | 9/17/2009 | $30.79 | 900 | ($27,711.00) |
| Buy | NA | 9/17/2009 | $30.78 | 100 | ($3,078.00) |
| Buy | NA | 9/17/2009 | $30.79 | 200 | ($6,158.00) |
| Buy | NA | 9/17/2009 | $30.78 | 813 | ($25,024.14) |
| Buy | NA | 9/17/2009 | $30.77 | 100 | ($3,077.00) |
| Buy | NA | 9/17/2009 | $30.73 | 100 | ($3,073.00) |
| Buy | NA | 9/17/2009 | $30.79 | 100 | ($3,079.00) |
| Buy | NA | 10/6/2009 | $28.50 | 10,000 | ($285,000.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.70 | 45 | ($21,150.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.77 | 15 | ($7,155.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.71 | 15 | ($7,065.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 4 | ($1,920.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 11 | ($5,280.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.84 | 36 | ($17,424.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.66 | 9 | ($4,194.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.76 | 15 | ($7,140.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 30 | ($14,400.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.82 | 30 | ($14,460.00) |

Michael Korns

**Loss Chart**

| Transaction | Strike Price/Expiration Date (Options) | Trade Date | Price Per Securities/ Share | Quantity | Total |
|---|---|---|---|---|---|
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.70 | 15 | ($7,050.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.73 | 15 | ($7,095.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.79 | 30 | ($14,370.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.74 | 15 | ($7,110.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.77 | 30 | ($14,310.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.72 | 27 | ($12,744.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.87 | 18 | ($8,766.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.87 | 15 | ($7,305.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.88 | 30 | ($14,640.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.88 | 30 | ($14,640.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.89 | 15 | ($7,335.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.76 | 15 | ($7,140.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 30 | ($14,400.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 30 | ($14,400.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 25 | ($12,000.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 5 | ($2,400.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.80 | 30 | ($14,400.00) |
| Buy to Open | $20 EXP 01/22/11 | 12/21/2009 | $4.70 | 15 | ($7,050.00) |
| Sell | NA | 12/21/2009 | $17.90 | 60 | $1,074.00 |
| Sell | NA | 12/21/2009 | $17.92 | 100 | $1,792.00 |
| Sell | NA | 12/21/2009 | $17.80 | 600 | $10,680.00 |
| Sell | NA | 12/21/2009 | $17.92 | 1,000 | $17,920.00 |
| Sell | NA | 12/21/2009 | $18.00 | 1,200 | $21,600.00 |
| Sell | NA | 12/21/2009 | $17.67 | 1,196 | $21,136.91 |
| Sell | NA | 12/21/2009 | $17.66 | 1,200 | $21,192.00 |
| Sell | NA | 12/21/2009 | $17.66 | 504 | $8,898.12 |

Michael Korns          Loss Chart

| Transaction | Strike Price/Expiration Date (Options) | Trade Date | Price Per Securities/ Share | Quantity | Total |
|---|---|---|---|---|---|
| Sell | NA | 12/21/2009 | $17.66 | 100 | $1,766.40 |
| Sell | NA | 12/21/2009 | $17.75 | 400 | $7,100.40 |
| Sell | NA | 12/21/2009 | $17.80 | 1,000 | $17,800.00 |
| Sell | NA | 12/21/2009 | $17.78 | 250 | $4,445.00 |
| Sell | NA | 12/21/2009 | $17.79 | 500 | $8,894.00 |
| Sell | NA | 12/21/2009 | $17.78 | 250 | $4,446.00 |
| Sell | NA | 12/21/2009 | $17.88 | 2,940 | $52,567.20 |
| Sell | NA | 12/21/2009 | $17.93 | 3,000 | $53,790.00 |
| Sell | NA | 12/21/2009 | $17.85 | 1,900 | $33,915.00 |
| Sell | NA | 12/21/2009 | $17.95 | 3,000 | $53,850.00 |
| Sell | NA | 12/21/2009 | $17.95 | 3,000 | $53,850.00 |
| Sell | NA | 12/21/2009 | $17.95 | 1,800 | $32,310.00 |
| Sell | NA | 12/21/2009 | $18.00 | 3,000 | $54,000.00 |
| Sell | NA | 12/21/2009 | $18.00 | 1,800 | $32,400.00 |
| Sell | NA | 12/21/2009 | $18.01 | 200 | $3,602.00 |
| Sell | NA | 12/21/2009 | $18.00 | 1,000 | $18,000.00 |
| Sell | NA | 12/21/2009 | $17.83 | 700 | $12,481.00 |
| Sell | NA | 12/21/2009 | $17.83 | 300 | $5,349.60 |
| Sell | NA | 12/21/2009 | $17.83 | 800 | $14,264.00 |
| Sell | NA | 12/21/2009 | $17.83 | 1,200 | $21,396.00 |
| Sell | NA | 12/21/2009 | $17.80 | 1,452 | $25,845.60 |
| Sell | NA | 12/21/2009 | $17.80 | 400 | $7,120.00 |
| Sell | NA | 12/21/2009 | $17.80 | 148 | $2,634.40 |
| Sell | NA | 12/21/2009 | $17.80 | 2,000 | $35,600.00 |
| Sell | NA | 12/21/2009 | $17.77 | 100 | $1,777.00 |
| Sell | NA | 12/21/2009 | $17.75 | 100 | $1,775.00 |
| Sell | NA | 12/21/2009 | $17.76 | 100 | $1,776.00 |
| Sell | NA | 12/21/2009 | $17.75 | 1,700 | $30,175.00 |
| Sell | NA | 12/21/2009 | $17.72 | 500 | $8,860.00 |
| Sell | NA | 12/21/2009 | $17.73 | 100 | $1,772.50 |
| Sell | NA | 12/21/2009 | $17.73 | 400 | $7,092.00 |
| Buy | NA | 12/29/2009 | $18.14 | 225 | ($4,081.05) |
| Buy | NA | 12/29/2009 | $18.13 | 100 | ($1,812.90) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $1.00 | 1 | ($100.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 3 | ($285.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 10 | ($950.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 20 | ($1,900.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.92 | 10 | ($920.00) |

Michael Korns

**Loss Chart**

| Transaction | Strike Price/Expiration Date (Options) | Trade Date | Price Per Securities/ Share | Quantity | Total |
|---|---|---|---|---|---|
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.92 | 30 | ($2,760.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.92 | 30 | ($2,760.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.93 | 30 | ($2,790.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 30 | ($2,850.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 30 | ($2,850.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.93 | 30 | ($2,790.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 30 | ($2,850.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $1.00 | 30 | ($3,000.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 8 | ($760.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/8/2010 | $0.95 | 22 | ($2,090.00) |
| Buy to Open | $40 EXP 01/22/11 | 3/17/2010 | $0.19 | 17 | ($323.00) |
| Sell | NA | 3/17/2010 | $13.55 | 325 | $4,403.75 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 1 | $90.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 9 | $765.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 10 | $850.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 10 | $850.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 10 | $850.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 11 | $935.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 47 | $3,995.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $1.07 | 2 | $214.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.80 | 10 | $800.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.75 | 26 | $1,950.00 |

Michael Korns

**Loss Chart**

| Transaction | Strike Price/Expiration Date (Options) | Trade Date | Price Per Securities/ Share | Quantity | Total |
|---|---|---|---|---|---|
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.80 | 47 | $3,760.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.80 | 11 | $880.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.80 | 11 | $880.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 21 | $1,785.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 21 | $1,785.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 21 | $1,785.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 21 | $1,785.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 11 | $935.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.85 | 21 | $1,785.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 47 | $4,230.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 11 | $990.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 11 | $990.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 10 | $900.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 1 | $90.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 57 | $5,130.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 21 | $1,890.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.90 | 21 | $1,890.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $0.95 | 16 | $1,520.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $1.00 | 31 | $3,100.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $1.00 | 21 | $2,100.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $1.00 | 11 | $1,100.00 |
| Sell to Close | $20 EXP 01/22/11 | 3/17/2010 | $1.00 | 21 | $2,100.00 |

Michael Korns

**Loss Chart**

| Transaction | Strike Price/Expiration Date (Options) | Trade Date | Price Per Securities/ Share | Quantity | Total |
|---|---|---|---|---|---|
| Sell to Close | $40 EXP 01/22/11 | 3/17/2010 | $0.05 | 231 | $1,155.00 |
| Sell to Close | $40 EXP 01/22/11 | 3/17/2010 | $0.05 | 22 | $110.00 |
| Sell to Close | $40 EXP 01/22/11 | 3/17/2010 | $0.05 | 17 | $85.00 |
| Sell to Close | $40 EXP 01/22/11 | 3/17/2010 | $0.05 | 17 | $85.00 |
| Sell to Close | $40 EXP 01/22/11 | 3/17/2010 | $0.05 | 27 | $135.00 |
| Sell to Close | $40 EXP 01/22/11 | 3/17/2010 | $0.05 | 17 | $85.00 |
|  |  |  |  | Total | ($724,172.93) |

*Buy = Purchase of Stock
*Sell = Sale of Stock
*Buy to Open = Purchase of Call Option
*Sell to Close = Sale of Call Option