# EXHIBIT F

Gilda Cabral

**Loss Chart**

| Transaction | Strike Price/Expiration Date (Options) | Trade Date | Price Per Securities/ Share | Quantity | |
|---|---|---|---|---|---|
| Buy | NA | 9/17/2009 | $30.67 | 4,000.00 | ($122,680.00) |
| Buy | NA | 12/29/2009 | $18.09 | 400.00 | ($7,236.00) |
| Buy | NA | 12/30/2009 | $18.31 | 400.00 | ($7,324.00) |
| Sell | NA | 3/17/2010 | $13.36 | 420.00 | $5,611.20 |
| Sell | NA | 3/17/2010 | $13.37 | 580.00 | $7,754.60 |
| Sell | NA | 3/17/2010 | $13.45 | 1,000.00 | $13,450.00 |
| Sell | NA | 3/17/2010 | $13.50 | 1,000.00 | $13,500.00 |
| Sell | NA | 3/17/2010 | $13.38 | 1,000.00 | $13,380.00 |
| Sell | NA | 3/17/2010 | $13.25 | 750.00 | $9,937.50 |
| Sell | NA | 3/17/2010 | $13.30 | 50.00 | $665.00 |
| | | | | | ($72,941.70) |

*Buy = Purchase of Stock
*Sell = Sale of Stock
*Buy to Open = Purchase of Call Option
*Sell to Close = Sale of Call Option