# EXHIBIT A



# Murray, Frank & Sailer LLP Files Securities Class Action Against Fuqi International, Inc.

Posted on: Mon, 22 Mar 2010 13:18:46 EDT
**Symbols:** FUQI

NEW YORK, Mar 22, 2010 (BUSINESS WIRE) --

Murray, Frank & Sailer LLP has filed a class action complaint in the United States District Court for the Southern District of New York (Case No. 10 Civ. 2515) on behalf of all individuals and institutions who purchased Fuqi International, Inc. ("Fuqi" or the "Company") (NASDAQ: FUQI | PowerRating) publicly traded securities during the period between May 15, 2009 and March 16, 2010 (the "Class Period"). The complaint seeks to recover damages for shareholders for defendants' violations of the Securities Exchange Act of 1934.

If you are a member of the class described above, you may move the Court, not later than May 18, 2010, to serve as Lead Plaintiff for the Class. A Lead Plaintiff is a representative chosen by the Court who acts on behalf of other class members in directing the litigation. You do not need to be a Lead Plaintiff to be included in the class. If you purchased Fuqi securities and wish to discuss this litigation, or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Bridget Hamill at (800) 497-8076, (212) 682-1818, or via email at newcase@murrayfrank.com.

The complaint names Fuqi International, Inc. and certain of the Company's executive officers as defendants. The complaint alleges that during the Class Period, defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company's wholesale business was slowing; (2) that the Company's cost of sales was understated during the Class Period; (3) that, as a result, the Company's financial results were overstated during the Class Period; (4) that the Company's financial results were not prepared in accordance with Generally Accepted Accounting Principles ("GAAP"); (5) that the Company lacked adequate internal and financial controls; and (6) that, as a result of the above, the Company's financial statements were materially false and misleading at all relevant times.

On March 16, 2010, after the market closed, the Company disclosed that Fuqi had identified certain errors related to the accounting of the Company's inventory and cost of sales and that the result of the accounting errors was expected to have a material impact on the Company's previously issued quarterly financial statements for the first three quarters of 2009. The Company informed investors that, as a result, Fuqi's financial statements for the first three quarters of 2009 should no longer be relied upon. As a result of this news, the price of Fuqi stock declined 37.37%, to close on March 17, 2010, at $11.90 per share, on unusually heavy volume.

SOURCE: Murray, Frank & Sailer LLP

```
Murray, Frank & Sailer LLP

Bridget Hamill

212-682-1818

800-497-8076

newcase@murrayfrank.com

www.murrayfrank.com
```

For full details on Fuqi International Inc (FUQI) FUQI. Fuqi International Inc (FUQI) has Short Term PowerRatings at TradingMarkets. Details on Fuqi International Inc (FUQI) Short Term PowerRatings is available at This Link.