# EXHIBIT B

Case 1:10-cv-02515-DAB    Document 15-3    Filed 05/18/2010    Page 1 of 4

## FUQI Loss Analysis for Manicone

### PURCHASES

| Name | Date | Shares | Share Price | Amount Paid |
|---|---|---|---|---|
| FUQI | 7/16/2009 | 4000 | $19.59 | $ 78,360.00 |
| | 10/6/2009 | 2000 | $27.51 | $ 55,020.00 |
| | 12/28/2009 | 1000 | $18.51 | $ 18,510.00 |

### SALES

| Date | Shares | Share Price | Amount Received |
|---|---|---|---|
| 8/3/2009 | 1000 | $25.22 | $ 25,209.36 |
| 3/17/2010 | 1000 | $13.17 | $13,159.84 |
| 3/17/2010 | 2000 | $12.23 | $24,449.69 |
| 3/22/2010 | 3000 | $10.07 | $30,199.62 |

| | | |
|---|---|---|
| Total Shares Acquired | 7000 | Total Amount Paid $151,890.00 |
| | | Total Shares Sold 7000 | Total Amount Sold $93,018.51 |
| Net Shares Acquired | 0 | | Net Amount Paid $58,871.49 |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of Class Period | $10.90 |
| Value of Net Shares Acquired Using 90-Day Mean Share Price | $0.00 |

| | |
|---|---|
| Net Loss Based on Net Amount Paid Minus Value of Net Shares Using 90-Day Mean Share Price | $58,871.49 |

## FUQI Loss Analysis for Needham

| Name | PURCHASES | | | | | SALES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | | Date | Shares | Share Price | | Amount Received |
| | 11/10/2009 | 1000 | $20.05 | $ 20,050.00 | | | | | | | |
| | 11/10/2009 | 1000 | $20.00 | $ 20,000.00 | | | | | | | |
| | 12/1/2009 | 800 | $22.10 | $ 17,680.00 | | | | | | | |
| | 12/2/2009 | 1000 | $21.10 | $ 21,100.00 | | | | | | | |
| | 12/9/2010 | 1000 | $19.83 | $ 19,830.00 | | | | | | | |
| | 1/20/2010 | 200 | $19.70 | $ 3,940.00 | | | | | | | |
| | Total Shares Acquired | 5000 | Total Amount Paid | $102,600.00 | Total Shares Sold | | 0 | Total Amount Sold | | | $0.00 |
| | Net Shares Acquired | 5000 | | | | | | Net Amount Paid | | | $102,600.00 |
| 90-Day Mean Share Price after last Day of Class Period | | | $10.90 | | | | | | | | |
| Value of Net Shares Acquired Using 90-Day Mean Share Price | | | $54,500.00 | | | | | | | | |
| Net Loss Based on Net Amount Paid Minus Value of Net Shares Using 90-Day Mean Share Price | | | | $48,100.00 | | | | | | | |

369228_1.XLS

## FUQI Loss Analysis for Pope

| Name | Date | PURCHASES Shares | Share Price | Amount Paid | | Date | SALES Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| | 9/22/2009 | 2500 | $30.73 | $ 76,825.00 | | | | | |
| | | | | | | | | | |
| | | Total Shares Acquired | 2500 | Total Amount Paid | $76,825.00 | Total Shares Sold | 0 | Total Amount Sold | $0.00 |
| | | Net Shares Acquired | 2500 | | | | | Net Amount Paid | $76,825.00 |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of Class Period | $10.90 |
| Value of Net Shares Acquired Using 90-Day Mean Share Price | $27,250.00 |
| Net Loss Based on Net Amount Paid Minus Value of Net Shares Using 90-Day Mean Share Price | $49,575.00 |