# EXHIBIT C

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Michael Manicone ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed a complaint alleging securities fraud against Fuqi International, Inc. and various of its officers and directors and authorized moving to be appointed as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| FUQI | | | |
| | *see attached* | | |
| | | | |
| | | | |
| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
| FUQI | | | |
| | | | |
| | | | |
| | | | |

5.    During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April, 2010.

_____
Michael Manicone

Name (print): Michael Manicone

Address: 207 Pohick Run, Yorktown, VA 23693

County of Residence: York

Daytime Phone No.: (  )  -

Evening Phone No.: 757 715 1234

- 2 -

| Date | Description | Net Change | Net Cash Balance |
|---|---|---|---|
| 07/16/2009 11:54:21 | Bought 4000 FUQI @ 19.59 | -78,369.99 | — |

Transaction ID: 5119964694
Underlying:
Put/Call:
Session: Seamless session
Date Entered: 07/16/2009
Commission: 9.99

Order Number: 5301603497
Strike:
Expiration:
Routing:
Time Entered: 10:38:10
Sales Fee:

| Date | Description | Net Change | Net Cash Balance |
|---|---|---|---|
| 08/03/2009 09:28:00 | Sold 1000 FUQI @ 25.22 | 25,209.36 | — |

Transaction ID: 5168186419
Underlying:
Put/Call:
Session: Seamless session
Date Entered: 07/30/2009
Commission: 9.99

Order Number: 5353129488
Strike:
Expiration:
Routing:
Time Entered: 10:51:38
Sales Fee: 0.65

| Date | Description | Net Change | Net Cash Balance |
|---|---|---|---|
| 10/06/2009 12:23:05 | Bought 2000 FUQI @ 27.51 | -55,029.99 | — |

Transaction ID: 5358057217
Underlying:
Put/Call:
Session: Seamless session
Date Entered: 10/05/2009
Commission: 9.99

Order Number: 5610319680
Strike:
Expiration:
Routing:
Time Entered: 14:23:18
Sales Fee:

| Date | Description | Net Change | Net Cash Balance |
|---|---|---|---|
| 12/28/2009 11:09:27 | Bought 1000 FUQI @ 18.51 | -18,519.99 | — |

Transaction ID: 5584583389
Underlying:
Put/Call:
Session: Seamless session
Date Entered: 12/24/2009
Commission: 9.99

Order Number: 5893306901
Strike:
Expiration:
Routing:
Time Entered: 11:10:53
Sales Fee:

| Date | Description | Net Change | Net Cash Balance |
|---|---|---|---|
| 03/17/2010 08:00:02 | Sold 1000 FUQI @ 13.17 | 13,159.84 | — |

Transaction ID: 5858521294
Underlying:
Put/Call:
Session: Seamless session
Date Entered: 03/17/2010
Commission: 9.99

Order Number: 6148965875
Strike:
Expiration:
Routing:
Time Entered: 07:48:39
Sales Fee: 0.17

| Date | Description | Net Change | Net Cash Balance |
|---|---|---|---|
| 03/17/2010 12:58:03 | Sold 2000 FUQI @ 12.23 | 24,449.69 | — |

Transaction ID: 5859100275
Underlying:
Put/Call:
Session: Seamless session
Date Entered: 03/17/2010
Commission: 9.99

Order Number: 6150982717
Strike:
Expiration:
Routing:
Time Entered: 12:30:34
Sales Fee: 0.32

| Date | Description | Net Change | Net Cash Balance |
|---|---|---|---|
| 03/22/2010 09:09:56 | Sold 3000 FUQI @ 10.07 | 30,199.62 | — |

Transaction ID: 5869261831
Underlying:
Put/Call:
Session: Seamless session
Date Entered: 03/22/2010
Commission: 9.99

Order Number: 6163925749
Strike:
Expiration:
Routing:
Time Entered: 08:59:27
Sales Fee: 0.39

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

Greg Needham ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed a complaint alleging securities fraud against Fuqi International, Inc. and various of its officers and directors and authorized moving to be appointed as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| FUQI | 11/10/2009 | 1000 | 20.05 |
|  | 11/10/2009 | 1000 | 20.00 |
|  | 1/20/2010 | 200 | 19.70 |
|  | 12/1/2009 | 800 | 22.10 |
|  | 12/2/2009 | 1000 | 21.10 |
|  | 12/9/2009 | 1000 | 19.83 |
|  |  |  |  |

| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
|---|---|---|---|
| FUQI |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5.    During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of _April_, 2010.

_Greg Needham_

Name (print): Greg Needham

Address:    9897 Sago Point Dr.
Largo, Fl. 33777

County of Residence: Pinellas County, Florida

Daytime Phone No.: (727) 393-3776

Evening Phone No.: Cell 518-399-4649

Address from 5/14/10 Thru 10/15/10
5 Northern Blvd
Watervliet, N.Y. 12189
518-324-0888

- 2 -

# **TD AMERITRADE**



**PO BOX 733 • BENSALEM PA  19020-0733**
Please do not send deposits or correspondence to this address

TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA NE 68103-2209

00009050 01 AB  0.360 01  TR 00048 TDC1DD01 000000
KATHLEEN C NEEDHAM &
GREGORY L NEEDHAM JT TEN
9897 SAGO POINT DRIVE
LARGO  FL  33777



Taking control of your retirement planning is easy.
Roll over an old 401(k)/IRA to TD AMERITRADE
and get access to a range of investment and
portfolio guidance solutions, plus powerful planning
tools. Visit a nearby branch for your FREE
Retirement Checkup. Or go to tdameritrade.com
for more information.

## Confirmation Notice



SiPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | | YOUR REPRESENTATIVE |
|---|---|---|---|---|---|
| | | 05452188493 | 5 | DD | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | FEES | SALES FEE |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1,000 | 36102A207 | 20.050 | 20,050.00 | 2.00 | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/10/2009 | 11/16/2009 | | 9.99 | 20,061.99 |

**TRADE DESCRIPTION**                    **SYMBOL**

FUQI INTERNATIONAL INC                    FUQI
COM

THIS IS AN UNSOLICITED TRADE

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE |
|---|---|---|---|---|

 **AMERITRADE**
Apex



PO BOX 733 • BENSALEM PA 19020-0733
Please do not send deposits or correspondence to this address

TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA NE 68103-2209

C6110611775

00009048 01 AB 0.360 01 TR 00048 TDC1DD01 000000
GREGORY L NEEDHAM
9897 SAGO POINT DRIVE
LARGO FL 33777





## Confirmation Notice                SIPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | YOUR REPRESENTATIVE | | |
|---|---|---|---|---|---|---|
| | | 05452008602 | 5 | AA | | |

| ACTIVITY | QUANTITY | CUSIP NUMBER | PRICE | PRINCIPAL AMOUNT | FEES | SALES FEE |
|---|---|---|---|---|---|---|
| YOU BOUGHT | 1,000 | 36102A207 | 20 | 20,000.00 | | |

| AS OF TRADE DATE | TRADE DATE | SETTLEMENT DATE | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|
| | 11/10/2009 | 11/16/2009 | | 9.99 | 20,009.99 |

| TRADE DESCRIPTION | SYMBOL |
|---|---|
| FUQI INTERNATIONAL INC COM | FUQI |

THIS IS AN UNSOLICITED TRADE

 **AMERITRADE**
Apex



PO BOX 733 • BENSALEM PA 19020-0733
Please do not send deposits or correspondence to this address

TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA NE 68103-2209

00013397 01 AB  0.360 01  TR 00069 TDCFDD01 000000
GREGORY L NEEDHAM IRA
TD AMERITRADE INC CUSTODIAN
9897 SAGO POINT DRIVE
LARGO  FL  33777



llıllıllıllıllıllıllıllıllıllıllıllıllı

## Confirmation Notice



| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| | | 05670513808 | 5 | CC | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **FEES** | **SALES FEE** |
| YOU BOUGHT | 200 | 36102A207 | 19.69990 | 3,939.98 | | |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION** | **NET AMOUNT** | |
| | 01/20/2010 | 01/25/2010 | | 9.99 | 3,949.97 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |
| FUQI INTERNATIONAL INC COM | | | FUQI | | | |
| THIS IS AN UNSOLICITED TRADE | | | | | | |

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | CAP CODES | | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|
| | | 05504020754 | 5 | CC | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | **FEES** | **SALES FEE** |
| YOU BOUGHT | 800 | 36102A207 | 22.10 | 17,680.00 | | |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | **COMMISSION** | **NET AMOUNT** | |
| | 12/01/2009 | 12/04/2009 | | 9.99 | 17,689.99 | |
| **TRADE DESCRIPTION** | | | **SYMBOL** | | | |
| FUQI INTERNATIONAL INC COM | | | FUQI | | | |
| THIS IS AN UNSOLICITED TRADE | | | | | | |

# **TD** AMERITRADE
## Apex



PO BOX 733 • BENSALEM PA 19020-0733
Please do not send deposits or correspondence to this address

TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA NE 68103-2209

00007253 01 AB  0.360 01  TR 00040 TDCLDD01 000000
GREGORY L NEEDHAM
9897 SAGO POINT DRIVE
LARGO  FL  33777

C6120611637





## Confirmation Notice       SiPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|---|
| | | 05525397245 | | 5 | AA | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | | **FEES** | **SALES FEE** |
| YOU BOUGHT | 1,000 | 36102A207 | 19.830 | 19,830.00 | | | |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | | **COMMISSION** | **NET AMOUNT** | |
| | 12/09/2009 | 12/14/2009 | | | 9.99 | 19,839.99 | |
| **TRADE DESCRIPTION** | | | | **SYMBOL** | | | |
| FUQI INTERNATIONAL INC COM | | | | FUQI | | | |
| THIS IS AN UNSOLICITED TRADE | | | | | | | |

## Confirmation Notice       SiPC

| ACCOUNT NO. | OTHER INFO | TRANSACTION NUMBER | | CAP CODES | | YOUR REPRESENTATIVE | |
|---|---|---|---|---|---|---|---|
| | | 05508100366 | | 5 | AA | | |
| **ACTIVITY** | **QUANTITY** | **CUSIP NUMBER** | **PRICE** | **PRINCIPAL AMOUNT** | | **FEES** | **SALES FEE** |
| YOU BOUGHT | 1,000 | 36102A207 | 21.10 | 21,100.00 | | | |
| **AS OF TRADE DATE** | **TRADE DATE** | **SETTLEMENT DATE** | **INTEREST** | | **COMMISSION** | **NET AMOUNT** | |
| | 12/02/2009 | 12/07/2009 | | | 9.99 | 21,109.99 | |
| **TRADE DESCRIPTION** | | | | **SYMBOL** | | | |
| FUQI INTERNATIONAL INC COM | | | | FUQI | | | |
| THIS IS AN UNSOLICITED TRADE | | | | | | | |



## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Anthony J. Pope ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed a complaint alleging securities fraud against Fuqi International, Inc. and various of its officers and directors and authorized moving to be appointed as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

| Acquisitions | Date Acquired | No. Shares Acquired | Acquisition Price Per Share |
|---|---|---|---|
| FUQI | 9-22-09 | 2,500 | 30.73 |
| | | | |
| | | | |
| | | | |
| | | | |

| Sales | Date Sold | No. Shares Sold | Selling Price Per Share |
|---|---|---|---|
| FUQI | | | |
| No Sales | | | |
| | | | |
| | | | |

5.     During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in the following actions filed under the federal securities laws except as detailed below:

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___/___ day of _Apri l_____, 2010.

_____
Anthony J. Pope

Name (print): Anthony J. Pope

Address: 185 North York St.
         Elmhurst, IL 60126

County of Residence: DuPage County, Illinois

Daytime Phone No.: (630) 834-9500

Evening Phone No.: