UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PRADEEP MAHAPATRA, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:10-cv-02515-DAB |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| FUQI INTERNATIONAL, INC., et al., | : : | |
| Defendants. | : : | |
| ROBERT M. HODGE, Individually and on Behalf of Himself and All Others Similarly Situated, | : : : : | Civil Action No. 1:10-cv-02544-DAB |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| FUQI INTERNATIONAL, INC., et al., | : : | |
| Defendants. | : : | |
| THOMAS MARKEY, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 1:10-cv-02556-DAB |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| FUQI INTERNATIONAL, INC., et al., | : : | |
| Defendants. | : : | |

[Caption continued on following page.]

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE MOTION OF JOHN
THAYER FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| JOEL A. HOFFLICH, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FUQI INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 1:10-cv-02610-DAB <br><br> <u>CLASS ACTION</u> |
| CARLTON COWIE, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FUQI INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 1:10-cv-02611-DAB <br><br> <u>CLASS ACTION</u> |
| FUCHSBERG INVESTMENT PARTNERS, On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FUQI INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 1:10-cv-02639-DAB <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

| | | |
|---|---|---|
| TAMY DEE THOMPSON, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:10-cv-02640-DAB |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : | |
| FUQI INTERNATIONAL, INC., et al., | : : | |
| Defendants. | : : | |
| HAI RONG YANG, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:10-cv-02654-DAB |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : | |
| FUQI INTERNATIONAL, INC., et al., | : : | |
| Defendants. | : : | |
| HARRY POGASH, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:10-cv-02885-DAB |
| Plaintiff, | : : | CLASS ACTION |
| vs. | : : | |
| FUQI INTERNATIONAL, INC., et al., | : : | |
| Defendants. | : : | |

[Caption continued on following page.]

|  |  |
|---|---|
| SIDNEY and ELAINE GLICK, Individually and on Behalf of All Others Similarly Situated, : : : Plaintiffs, : : vs. : : FUQI INTERNATIONAL, INC., et al., : : Defendants. : | Civil Action No. 1:10-cv-03007-DAB<br><br>CLASS ACTION |
| MICHAEL D. COOPER, JR., Individually and on Behalf of All Others Similarly Situated, : : : Plaintiff, : : vs. : : FUQI INTERNATIONAL, INC., et al., : : Defendants. : | Civil Action No. 1:10-cv-03024-DAB<br><br>CLASS ACTION |

David A. Rosenfeld declares, under penalty of perjury:

1. I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), one of plaintiff's counsel in the action entitled *Robert M. Hodge v. Fuqi International, Inc., et al.*, Civil Action No. 1:10-cv-02544-DAB (the "*Hodge* Action"). I submit this Declaration in support of the Motion of John Thayer for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice published by plaintiff in the *Hodge* Action on *Business Wire*, a national, business-oriented newswire service, on March 19, 2010.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of John Thayer at $259,945.95 in connection with his purchases of Fuqi International, Inc. securities.

4. Attached hereto as Exhibit C is a true and accurate copy of the certification of John Thayer.

5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Robbins Geller.

DATED: May 18, 2010

                                              */s/ David A. Rosenfeld*
                                              DAVID A. ROSENFELD

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on May 18, 2010, I caused a true and correct copy of the attached:

    Notice of Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;

    Memorandum in Support of the Motion of John Thayer for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; and

    Declaration of David A. Rosenfeld in Support of the Motion of John Thayser for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                                */s/ David A. Rosenfeld*
                                                                  DAVID A. ROSENFELD

FUQI INT'L
Service List - 5/17/2010   (10-0047)
Page 1 of 4

## Counsel For Defendant(s)

Kenneth A. Lapatine
Adam D. Cole
Greenberg Traurig, LLP
MetLife Building, 200 Park Avenue
New York, NY  10166
   212/801-9200
   212/801-6400 (Fax)

## Counsel For Plaintiff(s)

Karin E. Fisch
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191 (Fax)

D. Seamus Kaskela
David M. Promisloff
Steven D. Resnick
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Antonio Vozzolo
Richard Schwartz
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
   212/983-9330
   212/983-9331 (Fax)

Jacob A. Goldberg
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
   215/277-5770
   215/277-5771 (Fax)

Lionel Z. Glancy
Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
   310/201-9150
   310/201-9160 (Fax)

David J. Jaroslawicz
Jaroslawicz & Jaros
225 Broadway, 24th Floor
New York, NY  10007
   212/227-2780
   212/227-5030 (Fax)

FUQI INT'L

Service List - 5/17/2010   (10-0047)

Page 2 of 4

| | |
|---|---|
| Frederic S. Fox<br>Donald R. Hall<br>Jeffrey P. Campisi<br>Kaplan, Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>   212/687-1980<br>   212/687-7714 (Fax) | Lynn Lincoln Sarko<br>Juli E. Farris<br>Elizabeth A. Leland<br>Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101-3052<br>   206/623-1900<br>   206/623-3384 (Fax) |
| David S. Preminger<br>Keller Rohrback LLP<br>770 Broadway, Second Floor<br>New York, NY  10003<br>   646/495-6198<br>   646/495-6197 (Fax) | Joe  Kendall<br>Hamilton P. Lindley<br>Kendall Law Group, LLP<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX  75204<br>   214/744-3000<br>   214/744-3015 (Fax) |
| Deborah R. Gross<br>Robert P. Frutkin<br>Law Offices Bernard M. Gross, P.C.<br>100 Penn Square East, Suite 450<br>Wanamaker Bldg.<br>Philadelphia, PA  19107<br>   215/561-3600<br>   215/561-3000 (Fax) | Curtis V. Trinko<br>Wai K. Chan<br>Law Offices of Curtis V. Trinko LLP<br>16 West 46th Street, Seventh Floor<br>New York, NY  10036<br>   212/490-9550<br>   212/986-0158 (Fax) |
| Howard G. Smith<br>Law Offices of Howard G. Smith<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA  19020<br>   215/638-4847<br>   215/638-4867 (Fax) | Kenneth A. Elan<br>Law Offices of Kenneth A. Elan<br>217 Broadway, Suite 606<br>New York, NY  10007<br>   212/619-0261<br>   212/385-2707 (Fax) |

FUQI INT'L

Service List - 5/17/2010   (10-0047)

Page 3 of 4

| | |
|---|---|
| Marvin L. Frank<br>Brian P. Murray<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>  212/682-1818<br>  212/682-1892 (Fax) | Patrick V. Dahlstrom<br>Pomerantz Haudek Block Grossman & Gross LLP<br>10 South LaSalle Street, Suite 1000<br>Chicago, IL 60603<br>  312/377-1181<br>  312/377-1184 (Fax) |
| Mark I. Gross<br>Fei-Lu Qian<br>Pomerantz Haudek Block Grossman & Gross LLP<br>100 Park Avenue, 26th Floor<br>New York, NY 10017-5516<br>  212/661-1100<br>  212/661-8665 (Fax) | Seth D. Rigrodsky<br>Timothy J. MacFall<br>Rigrodsky & Long, P.A.<br>585 Stewart Avenue, Suite 304<br>Garden City, NY 11530<br>  516/683-3516 |
| Brian D. Long<br>Rigrodsky & Long, P.A.<br>919 North Market Street, Suite 980<br>Wilmington, DE 19801<br>  302/295-5310<br>  302/654-7530 (Fax) | Samuel H. Rudman<br>David A. Rosenfeld<br>Mario Alba Jr.<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>  631/367-7100<br>  631/367-1173 (Fax) |
| Roy L. Jacobs<br>Roy Jacobs & Associates<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>  212/867-1156<br>  212/504-8343 (Fax) | Jeffrey P. Harris<br>Elizabeth L. Hutton<br>Melinda S. Nenning<br>Statman Harris & Eyrich, LLC<br>441 Vine Street, Suite 3700<br>Cincinnati, OH 45202<br>  513/621-2666<br>  513/621-4896 (Fax) |

FUQI INT'L

Service List - 5/17/2010    (10-0047)

Page 4 of 4

| | |
|---|---|
| Jules Brody | Joseph H. Weiss |
| Stull, Stull & Brody | Mark D. Smilow |
| 6 East 45th Street, 4th Floor | Weiss & Lurie |
| New York, NY 10017 | 551 Fifth Avenue, Suite 1600 |
| 212/687-7230 | New York, NY 10176 |
| 212/490-2022 (Fax) | 212/682-3025 |
| | 212/682-3010 (Fax) |