Movant's Purchases and Losses

Fuqi International

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Thayer, John | 11/09/2009 | 800 | $25.40 | $20,320.00 | 11/10/2009 | 5,000 | $20.10 | $100,500.00 | |
| Thayer, John | 11/09/2009 | 1,200 | $25.40 | $30,480.00 | 11/19/2009 | 896 | $20.12 | $18,027.52 | |
| Thayer, John | 11/09/2009 | 2,000 | $23.40 | $46,800.00 | 11/19/2009 | 4,104 | $20.12 | $82,572.48 | |
| Thayer, John | 11/09/2009 | 2,000 | $23.50 | $47,000.00 | 12/10/2009 | 100 | $18.80 | $1,880.00 | |
| Thayer, John | 11/09/2009 | 2,000 | $23.50 | $47,000.00 | 12/10/2009 | 900 | $18.80 | $16,920.00 | |
| Thayer, John | 11/09/2009 | 2,000 | $23.80 | $47,600.00 | 12/16/2009 | 2,000 | $19.01 | $38,020.00 | |
| Thayer, John | 11/09/2009 | 2,000 | $24.90 | $49,800.00 | 12/31/2009 | 100 | $18.10 | $1,810.00 | |
| Thayer, John | 11/09/2009 | 3,000 | $20.80 | $62,400.00 | 12/31/2009 | 700 | $18.10 | $12,670.00 | |
| Thayer, John | 11/09/2009 | 5,000 | $21.80 | $109,000.00 | 12/31/2009 | 800 | $18.03 | $14,424.00 | |
| Thayer, John | 12/04/2009 | 200 | $19.80 | $3,960.00 | 12/31/2009 | 1,900 | $18.10 | $34,390.00 | |
| Thayer, John | 12/04/2009 | 300 | $19.80 | $5,940.00 | 01/12/2010 | 100 | $21.23 | $2,123.00 | |
| Thayer, John | 12/04/2009 | 300 | $19.80 | $5,940.00 | 01/12/2010 | 100 | $21.15 | $2,115.00 | |
| Thayer, John | 12/04/2009 | 400 | $19.80 | $7,920.00 | 01/12/2010 | 255 | $21.21 | $5,408.55 | |
| Thayer, John | 12/04/2009 | 500 | $19.80 | $9,900.00 | 01/29/2010 | 100 | $17.22 | $1,722.00 | |
| Thayer, John | 12/10/2009 | 1,300 | $18.80 | $24,440.00 | 01/29/2010 | 100 | $17.21 | $1,721.00 | |
| Thayer, John | 12/17/2009 | 196 | $18.80 | $3,684.80 | 01/29/2010 | 300 | $17.14 | $5,142.00 | |
| Thayer, John | 12/17/2009 | 804 | $18.80 | $15,115.20 | 01/29/2010 | 300 | $17.22 | $5,166.00 | |
| Thayer, John | 12/18/2009 | 1,000 | $18.50 | $18,500.00 | 01/29/2010 | 400 | $17.14 | $6,856.00 | |
| Thayer, John | 12/22/2009 | 450 | $16.90 | $7,605.00 | 01/29/2010 | 600 | $17.21 | $10,326.00 | |
| Thayer, John | 12/22/2009 | 541 | $17.50 | $9,467.50 | 01/29/2010 | 1,500 | $17.08 | $25,620.00 | |
| Thayer, John | 12/22/2009 | 1,459 | $17.50 | $25,532.50 | 01/29/2010 | 1,500 | $17.08 | $25,620.00 | |
| Thayer, John | 12/22/2009 | 1,550 | $16.90 | $26,195.00 | 01/29/2010 | 2,300 | $16.36 | $37,628.00 | |
| Thayer, John | 12/22/2009 | 2,000 | $16.50 | $33,000.00 | 01/29/2010 | 2,900 | $17.20 | $49,880.00 | |
| Thayer, John | 01/12/2010 | 1,500 | $21.21 | $31,815.00 | 03/17/2010 | 450 | $12.12 | $5,454.00 | |
| Thayer, John | 01/21/2010 | 455 | $18.30 | $8,326.50 | 03/17/2010 | 1,209 | $12.12 | $14,653.08 | |
| Thayer, John | 01/21/2010 | 2,000 | $17.90 | $35,800.00 | 03/17/2010 | 8,791 | $12.12 | $106,546.92 | |
| Thayer, John | 01/21/2010 | 2,000 | $18.40 | $36,800.00 | 03/17/2010 | 10,000 | $12.12 | $121,200.00 | |
| Thayer, John | 01/21/2010 | 2,000 | $18.90 | $37,800.00 | 03/17/2010 | 12,550 | $12.12 | $152,106.00 | |
| Thayer, John | 02/04/2010 | 21 | $16.00 | $336.00 | | | | | |
| Thayer, John | 02/04/2010 | 200 | $16.18 | $3,236.00 | | | | | |
| Thayer, John | 02/04/2010 | 379 | $16.00 | $6,064.00 | | | | | |
| Thayer, John | 02/04/2010 | 600 | $16.11 | $9,666.00 | | | | | |
| Thayer, John | 02/04/2010 | 650 | $16.50 | $10,725.00 | | | | | |
| Thayer, John | 02/04/2010 | 800 | $16.18 | $12,944.00 | | | | | |
| Thayer, John | 02/04/2010 | 1,350 | $16.50 | $22,275.00 | | | | | |
| Thayer, John | 02/04/2010 | 2,000 | $16.30 | $32,600.00 | | | | | |
| Thayer, John | 02/04/2010 | 2,000 | $16.70 | $33,400.00 | | | | | |
| Thayer, John | 02/04/2010 | 2,000 | $16.90 | $33,800.00 | | | | | |
| Thayer, John | 02/05/2010 | 100 | $15.20 | $1,520.00 | | | | | |
| Thayer, John | 02/05/2010 | 1,900 | $15.20 | $28,880.00 | | | | | |
| Thayer, John | 02/05/2010 | 2,000 | $14.90 | $29,800.00 | | | | | |
| Thayer, John | 02/05/2010 | 2,000 | $14.98 | $29,960.00 | | | | | |
| Thayer, John | 03/12/2010 | 1,000 | $19.50 | $19,500.00 | | | | | |
| Thayer, John | 03/12/2010 | 2,000 | $19.40 | $38,800.00 | | | | | |
| Thayer, John | 03/12/2010 | 2,000 | $19.40 | $38,800.00 | | | | | |
| Movant's Total | | 59,955 | | $1,160,447.50 | | 59,955 | | $900,501.55 | ($259,945.95) |