## PLAINTIFF'S CERTIFICATE

The undersigned ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint of FUQI International, Inc. ("FUQI").

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

5. Plaintiff made the following transactions during the Class Period (May 15, 2009 through March 16, 2010, inclusive) in the common shares of FUQI:

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Date(s) | Number of Shares | Price | Date(s) | Number of Shares | Price |
| | | | | | |
| | See Purchase Sheet Attached | | | See Sales Sheet Attached | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

6. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

7. I declare under penalty of perjury, this 25th day of March 2010 that the information above is accurate.

_____
John Thayer

## FUQI PURCHASES

| Date | Quantity | Price | Proceeds | Fees & Comm |
|---|---|---|---|---|
| 11/9/2009 | 3000 | $20.80 | ($62,408.95) | $8.95 |
| 11/9/2009 | 5000 | $21.80 | ($109,008.95) | $8.95 |
| 11/9/2009 | 2000 | $23.40 | ($46,808.95) | $8.95 |
| 11/9/2009 | 2000 | $23.50 | ($47,008.95) | $8.95 |
| 11/9/2009 | 2000 | $23.50 | ($47,008.95) | $8.95 |
| 11/9/2009 | 2000 | $23.80 | ($47,608.95) | $8.95 |
| 11/9/2009 | 2000 | $24.90 | ($49,808.95) | $8.95 |
| 11/9/2009 | 800 | $25.40 | ($20,323.58) | $3.58 |
| 11/9/2009 | 1200 | $25.40 | ($30,485.37) | $5.37 |
| 12/4/2009 | 200 | $19.80 | ($3,961.05) | $1.05 |
| 12/4/2009 | 300 | $19.80 | ($5,941.58) | $1.58 |
| 12/4/2009 | 300 | $19.80 | ($5,941.58) | $1.58 |
| 12/4/2009 | 400 | $19.80 | ($7,922.11) | $2.11 |
| 12/4/2009 | 500 | $19.80 | ($9,902.63) | $2.63 |
| 12/10/2009 | 1300 | $18.80 | ($24,448.95) | $8.95 |
| 12/17/2009 | 196 | $18.80 | ($3,686.55) | $1.75 |
| 12/17/2009 | 804 | $18.80 | ($15,122.40) | $7.20 |
| 12/18/2009 | 1000 | $18.50 | ($18,508.95) | $8.95 |
| 12/22/2009 | 2000 | $16.50 | ($33,008.95) | $8.95 |
| 12/22/2009 | 1550 | $16.90 | ($26,201.94) | $6.94 |
| 12/22/2009 | 450 | $16.90 | ($7,607.01) | $2.01 |
| 12/22/2009 | 541 | $17.50 | ($9,469.92) | $2.42 |
| 12/22/2009 | 1459 | $17.50 | ($25,539.03) | $6.53 |
| 1/12/2010 | 1500 | $21.21 | ($31,823.95) | $8.95 |
| 1/21/2010 | 2000 | $17.90 | ($35,808.95) | $8.95 |
| 1/21/2010 | 455 | $18.30 | ($8,335.45) | $8.95 |
| 1/21/2010 | 2000 | $18.40 | ($36,808.95) | $8.95 |
| 1/21/2010 | 2000 | $18.90 | ($37,808.95) | $8.95 |
| 2/4/2010 | 379 | $16.00 | ($6,072.48) | $8.48 |
| 2/4/2010 | 21 | $16.00 | ($336.47) | $0.47 |
| 2/4/2010 | 600 | $16.11 | ($9,674.95) | $8.95 |
| 2/4/2010 | 200 | $16.18 | ($3,237.79) | $1.79 |
| 2/4/2010 | 800 | $16.18 | ($12,951.16) | $7.16 |
| 2/4/2010 | 2000 | $16.30 | ($32,608.95) | $8.95 |
| 2/4/2010 | 1350 | $16.50 | ($22,281.04) | $6.04 |
| 2/4/2010 | 650 | $16.50 | ($10,727.91) | $2.91 |
| 2/4/2010 | 2000 | $16.70 | ($33,408.95) | $8.95 |
| 2/4/2010 | 2000 | $16.90 | ($33,808.95) | $8.95 |
| 2/5/2010 | 2000 | $14.90 | ($29,808.95) | $8.95 |
| 2/5/2010 | 2000 | $14.98 | ($29,968.95) | $8.95 |
| 2/5/2010 | 1900 | $15.20 | ($28,888.50) | $8.50 |
| 2/5/2010 | 100 | $15.20 | ($1,520.45) | $0.45 |
| 3/12/2010 | 2000 | $19.40 | ($38,808.95) | $8.95 |
| 3/12/2010 | 2000 | $19.40 | ($38,808.95) | $8.95 |
| 3/12/2010 | 1000 | $19.50 | ($19,508.95) | $8.95 |

## FUQI SALES

| Date | Quantity | Price | Cost | Fees & Comm |
|---|---|---|---|---|
| 11/10/2009 | 5000 | $20.10 | $100,488.46 | $11.54 |
| 11/19/2009 | 896 | $20.12 | $18,025.45 | $2.07 |
| 11/19/2009 | 4104 | $20.12 | $82,563.00 | $9.48 |
| 12/10/2009 | 900 | $18.80 | $16,911.51 | $8.49 |
| 12/10/2009 | 100 | $18.80 | $1,879.05 | $0.95 |
| 12/16/2009 | 2000 | $19.01 | $38,010.07 | $9.93 |
| 12/31/2009 | 800 | $18.03 | $14,423.62 | $0.38 |
| 12/31/2009 | 700 | $18.10 | $12,669.67 | $0.33 |
| 12/31/2009 | 100 | $18.10 | $1,809.50 | $0.50 |
| 12/31/2009 | 1900 | $18.10 | $34,380.61 | $9.39 |
| 1/12/2010 | 100 | $21.23 | $2,120.45 | $2.55 |
| 1/12/2010 | 255 | $21.21 | $5,402.05 | $6.50 |
| 1/12/2010 | 100 | $21.15 | $2,106.02 | $8.98 |
| 1/29/2010 | 400 | $17.14 | $6,850.80 | $5.20 |
| 1/29/2010 | 300 | $17.14 | $5,138.09 | $3.91 |
| 1/29/2010 | 2300 | $16.36 | $37,618.57 | $9.43 |
| 1/29/2010 | 1500 | $17.08 | $25,610.72 | $9.28 |
| 1/29/2010 | 1500 | $17.08 | $25,610.72 | $9.28 |
| 1/29/2010 | 2900 | $17.20 | $49,872.86 | $7.14 |
| 1/29/2010 | 600 | $17.21 | $10,324.52 | $1.48 |
| 1/29/2010 | 100 | $17.22 | $1,721.75 | $0.25 |
| 1/29/2010 | 100 | $17.21 | $1,720.75 | $0.25 |
| 1/29/2010 | 300 | $17.22 | $5,165.26 | $0.74 |
| 3/17/2010 | 1209 | $12.12 | $14,651.81 | $1.27 |
| 3/17/2010 | 8791 | $12.12 | $106,537.69 | $9.23 |
| 3/17/2010 | 10000 | $12.12 | $121,189.51 | $10.49 |
| 3/17/2010 | 12550 | $12.12 | $152,095.42 | $10.58 |
| 3/17/2010 | 450 | $12.12 | $5,453.62 | $0.38 |