Mitchell M.Z. Twersky (MT-6739)
Lawrence D. Levit (LL-9507)
Ximena R. Skovron (XS-3397)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
**Proposed Lead Counsel for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
                                                             :
PRADEEP MAHAPATRA, Individually and                          :
On Behalf of All Others Similarly Situated,                  :
                                                             :
       Plaintiff,                                           :  Case No. 10-cv-2515-DAB
                                                             :
   vs.                                                       :  JUDGE DEBORAH A. BATTS
                                                             :
FUQI INTERNATIONAL, INC., YU KWAI                            :
CHONG, and CHING WAN WONG,                                   :  ECF Case
                                                             :
                                                             :
       Defendants.                                          :
                                                             :
-------------------------------------------------------------X

**DECLARATION OF MITCHELL M.Z. TWERSKY IN SUPPORT OF**
**THE PR GROUP'S MOTION FOR CONSOLIDATION, APPOINTMENT**
**<u>AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

```
------------------------------------------------------------X
ROBERT M. HODGE, Individually and              :
On Behalf of All Others Similarly Situated,    :
                                               :
              Plaintiff,                       :     Case No. 10-cv-2544-DAB
                                               :
      vs.                                      :     JUDGE DEBORAH A. BATTS
                                               :
FUQI INTERNATIONAL, INC., YU KWAI              :
CHONG, and CHING WAN WONG,                     :
                                               :
                                               :
              Defendants.                      :
                                               :
------------------------------------------------------------X
THOMAS MARKEY, Individually and                :
On Behalf of All Others Similarly Situated,    :
                                               :
              Plaintiff,                       :     Case No. 10-cv-2556-DAB
                                               :
      vs.                                      :     JUDGE DEBORAH A. BATTS
                                               :
FUQI INTERNATIONAL, INC., YU KWAI              :
CHONG, CHING WAN WONG, LIE XI                  :
ZHUANG, and CHARLENE HUA,                      :
                                               :
              Defendants.                      :
                                               :
------------------------------------------------------------X
```

```
-------------------------------------------------------------X
JOEL A. HOFFLICH, Individually and              :
On Behalf of All Others Similarly Situated,     :
                                                :
           Plaintiff,                           :   Case No. 10-cv-2610-DAB
                                                :
    vs.                                         :   JUDGE DEBORAH A. BATTS
                                                :
FUQI CORPORATION, YU KWAI CHONG,                :
CHING WAN WONG, LIE XI HUANG, LILLY             :
LEE CHEN, EILEEN B. BRODY, VICTOR A.            :
HOLLANDER, JEFF HAIYONG LIU, WILLIAM            :
BLAIR & COMPANY, COWEN & COMPANY,               :
OPPENHEIMER & CO.,                              :
                                                :
                                                :
           Defendants.                          :
                                                :
-------------------------------------------------------------X
CARLTON COWIE, Individually and                 :
On Behalf of All Others Similarly Situated,     :
                                                :
           Plaintiff,                           :   Case No. 10-cv-2611-DAB
                                                :
    vs.                                         :   JUDGE DEBORAH A. BATTS
                                                :
FUQI INTERNATIONAL, INC., YU KWAI               :
CHONG, and CHING WAN WONG,                      :
                                                :
                                                :
           Defendants.                          :
                                                :
-------------------------------------------------------------X
```

---------------------------------------------------------------X
FUCHSBERG INVESTMENT PARTNERS, :
Individually and On Behalf of All Others Similarly :
Situated, :
                                                    :
        Plaintiff, :   Case No. 10-cv-2639-DAB
                                       :
        vs. :   JUDGE DEBORAH A. BATTS
                                       :
FUQI INTERNATIONAL, INC., YU KWAI :
CHONG, and CHING WAN WONG, :
                                       :
        Defendants. :
---------------------------------------------------------------X
                                       :
TAMY DEE THOMPSON, Individually and On :
Behalf of All Others Similarly Situated, :
                                       :
        Plaintiff, :   Case No. 10-cv-2640-DAB
                                       :
        vs. :   JUDGE DEBORAH A. BATTS
                                       :
FUQI INTERNATIONAL, INC., et. al., :
                                       :
        Defendants. :
---------------------------------------------------------------X

```
-------------------------------------------------------------X
HAI RONG YANG, Individually and On Behalf      :
of All Others Similarly Situated,              :
                                               :
              Plaintiff,                       :    Case No. 10-cv-2654-DAB
                                               :
       vs.                                     :    JUDGE DEBORAH A. BATTS
                                               :
FUQI INTERNATIONAL, INC., YU KWAI              :
CHONG, and CHING WAN WONG,                     :
                                               :
                                               :
              Defendants.                      :
                                               :
-------------------------------------------------------------X
HARRY POGASH, Individually and On Behalf       :
of All Others Similarly Situated,              :
                                               :
              Plaintiff,                       :    Case No. 10-cv-2885-DAB
                                               :
       vs.                                     :    JUDGE DEBORAH A. BATTS
                                               :
FUQI INTERNATIONAL, INC., YU KWAI              :
CHONG, CHING WAN WONG, LIE XI                  :
ZHUANG, and CHARLENE HUA,                      :
                                               :
              Defendants.                      :
                                               :
-------------------------------------------------------------X
```

```
-----------------------------------------------------------X
                                                           :
SIDNEY and ELAINE GLICK, Individually and                  :
On Behalf of All Others Similarly Situated,                :
                                                           :
                Plaintiffs,                                :   Case No. 10-cv-3007-DAB
                                                           :
        vs.                                                :   JUDGE DEBORAH A. BATTS
                                                           :
FUQI INTERNATIONAL, INC., YU KWAI                          :
CHONG, and CHING WAN WONG,                                 :
                                                           :
                                                           :
                Defendants.                                :
-----------------------------------------------------------X
                                                           :
MICHAEL D. COOPER, JR., Individually and                   :
On Behalf of All Others Similarly Situated,                :
                                                           :
                Plaintiff,                                 :   Case No. 10-cv-3024-DAB
                                                           :
        vs.                                                :   JUDGE DEBORAH A. BATTS
                                                           :
FUQI INTERNATIONAL, INC., YU KWAI                          :
CHONG, CHING WAN WONG, LIE XI HUANG,                       :
LILLY LEE CHEN, EILEEN B. BRODY,                           :
VICTOR A. HOLLANDER, JEFF HAIYONG                          :
LIU, WILLIAM BLAIR & COMPANY, L.L.C.,                      :
OPPENHEIMER & CO. INC., and COWEN AND                      :
COMPANY, LLC,                                              :
                                                           :
                Defendants.                                :
                                                           :
-----------------------------------------------------------X
```

MITCHELL M.Z. TWERSKY, pursuant to 28 U.S.C. § 1746, declares as follows:

1.   I am a partner at Abraham, Fruchter & Twersky, LLP, a member of the New York Bar and a member of the Bar of this Court. I am submitting this Declaration in support of the motion by Puerto Rico Government Employees and Judiciary Retirement Systems Administration, Craig B. Laub, J.D. Pisut, and Sandra Redfern (the "PR Group") to consolidate

the above-captioned actions, to be appointed Lead Plaintiff and for approval of their selection of Abraham, Fruchter & Twersky, LLP as Lead Counsel in this action.

2. Attached as Exhibit A is a true and correct copy of the notice announcing the commencement of a class action lawsuit against Fuqi International, Inc. disseminated by Business Wire, Inc. on March 19, 2010.

3. Attached as Exhibit B are true and correct copies of the Certifications of the members of the PR Group, which is composed of Puerto Rico Government Employees and Judiciary Retirement Systems Administration, Craig B. Laub, J.D. Pisut and Sandra Redfern, that list their transactions in the shares of Fuqi International, Inc.

4. Attached as Exhibit C is a chart, which shows the calculations of losses from the purchases of shares of Fuqi International, Inc. for each member of the PR Group.

5. Attached as Exhibit D is the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 18, 2010

       /s/Mitchell M.Z. Twersky
Mitchell M.Z. Twersky

- 2 -