# EXHIBIT B

Case 1:10-cv-02515-DAB   Document 21-3   Filed 05/18/2010   Page 1 of 15

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Hector Mayol-Kauffmann, on behalf of Puerto Rico Government Employees & Judiciary Retirement Systems Administration ("PRGERS"), certifies as follows:

1. I am the Executive Director of PRGERS, and am duly authorized to execute this Certification on its behalf.

2. PRGERS has reviewed the Complaint and authorized its filing.

3. PRGERS did not purchase or otherwise acquire the securities that are the subject of this action at the direction of PRGERS' counsel or in order to participate in this or any private action under the federal securities laws or any other laws.

4. PRGERS is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. All of PRGERS' transactions in Fuqi International, Inc. securities during the proposed class period are attached as Exhibit A.

6. PRGERS has sought to serve as a representative party on behalf of a class in the following actions filed within the past three years under the federal securities laws:

   *In re Maxim Integrated Products, Inc. Securities Litigation*, Case No. 08-cv-832 (N.D. Cal.)

   *In re Force Protection Inc. Securities Litigation*, Case No. 08-cv-1907 (D.S.C.)

7. PRGERS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of April, 2010, at San Juan, Puerto Rico.

_____
Hector Mayol-Kauffmann, Executive Director

## EXHIBIT A: CLASS PERIOD TRANSACTIONS IN FUQI INTERNATIONAL, INC.

Puerto Rico Government Employees & Judiciary Retirement Systems Administration

| Date | Transaction | Qty | Price |
|---|---|---|---|
| 7/31/2009 | BUY | 8768 | $ 21.5000 |
| 7/31/2009 | BUY | 446 | $ 21.5000 |
| 8/4/2009 | BUY | 5000 | $ 25.2533 |
| 8/4/2009 | BUY | 300 | $ 25.2533 |
| 8/25/2009 | BUY | 3200 | $ 27.7021 |
| 8/25/2009 | BUY | 200 | $ 27.7021 |
| 9/16/2009 | SELL | 1500 | $ 31.3849 |
| 9/16/2009 | SELL | 200 | $ 31.3849 |
| 10/2/2009 | BUY | 2600 | $ 26.3189 |
| 10/2/2009 | BUY | 200 | $ 26.3189 |
| 11/5/2009 | BUY | 1700 | $ 21.3260 |
| 11/5/2009 | BUY | 100 | $ 21.3260 |
| 11/9/2009 | SELL | 1300 | $ 22.7298 |
| 11/9/2009 | SELL | 100 | $ 22.7298 |
| 11/11/2009 | BUY | 2300 | $ 20.5506 |
| 11/11/2009 | BUY | 100 | $ 20.5506 |
| 2/4/2010 | SELL | 9900 | $ 16.2955 |
| 2/4/2010 | SELL | 400 | $ 16.2955 |
| 2/18/2010 | SELL | 4000 | $ 16.9846 |
| 2/18/2010 | SELL | 200 | $ 16.9846 |
| 3/12/2010 | SELL | 2477 | $ 19.5058 |
| 3/12/2010 | SELL | 161 | $ 19.5058 |
| 3/15/2010 | SELL | 614 | $ 19.6171 |
| 3/15/2010 | SELL | 37 | $ 19.6171 |
| 3/16/2010 | SELL | 3391 | $ 19.0506 |
| 3/16/2010 | SELL | 220 | $ 19.0506 |

## SWORN CERTIFICATION OF PLAINTIFF

Fuqi International, Inc., **SECURITIES LITIGATION**

I, Craig B. Laub, certify that:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase Fuqi International, Inc., the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Fuqi International, Inc. during the class period set forth in the Complaint are as follows:

    I bought 25,356 shares on 9/8/09 through 9/10/09 at $ 29.422531 per share.

    I sold 25,356 shares on 2/25/10 through 3/5/10 at $ 18.504756 per share, for a loss of $ 276,831.10.

    The amounts shown above are the consolidated amounts from seven separate accounts.

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ___ Check here if you are a current employee or former employee of the defendant Company.

I declare under penalty of perjury that the foregoing are true and correct statements.

*Craig B. Laub* (signature)
_____
Craig B. Laub

3/18/10
Date

# EXHIBIT A

Transactions of Craig Laub in Fuqi International, Inc.

Purchases

| PURCHASE DATE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|
| 09 10 2009 | 273 | $29.5174 |
| 09 10 2009 | 213 | 29.5174 |
| 09 10 2009 | 21 | 29.5174 |
| 09 10 2009 | 894 | 29.5174 |
| 09 10 2009 | 474 | 29.5174 |
| 09 10 2009 | 644 | 29.5174 |
| 09 10 2009 | 3805 | 29.5174 |
| 09 09 2009 | 297 | 29.2507 |
| 09 09 2009 | 1247 | 29.2507 |
| 09 09 2009 | 381 | 29.2507 |
| 09 09 2009 | 661 | 29.2507 |
| 09 09 2009 | 898 | 29.2507 |
| 09 09 2009 | 5312 | 29.2507 |
| 09 09 2009 | 29 | 29.2507 |
| 09 09 2009 | 4 | 29.2600 |
| 09 09 2009 | 34 | 29.2600 |
| 09 09 2009 | 75 | 29.2600 |
| 09 09 2009 | 600 | 29.2600 |
| 09 09 2009 | 44 | 29.2600 |
| 09 09 2009 | 141 | 29.2600 |
| 09 09 2009 | 102 | 29.2600 |
| 09 09 2009 | 4 | 29.1169 |
| 09 09 2009 | 33 | 29.1169 |
| 09 09 2009 | 72 | 29.1169 |
| 09 09 2009 | 42 | 29.1169 |
| 09 09 2009 | 135 | 29.1169 |
| 09 09 2009 | 97 | 29.1169 |
| 09 09 2009 | 574 | 29.1169 |
| 09 09 2009 | 2 | 23.8388 |

| | | |
|---|---|---|
| 09 09 2009 | 21 | 23.8388 |
| 09 09 2009 | 360 | 23.8388 |
| 09 09 2009 | 26 | 23.8388 |
| 09 09 2009 | 85 | 23.8388 |
| 09 09 2009 | 45 | 23.8388 |
| 09 09 2009 | 61 | 23.8388 |
| 09 08 2009 | 258 | 29.6310 |
| 09 08 2009 | 573 | 29.6310 |
| 09 08 2009 | 4602 | 29.6310 |
| 09 08 2009 | 331 | 29.6310 |
| 09 08 2009 | 1081 | 29.6310 |
| 09 08 2009 | 779 | 29.6310 |
| 09 08 2009 | 26 | 29.6310 |

## Sales

| SALE DATE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|
| 03 05 2010 | 2453 | $19.1918 |
| 03 05 2010 | 413 | 19.1918 |
| 03 05 2010 | 575 | 19.1918 |
| 03 05 2010 | 175 | 19.1918 |
| 03 05 2010 | 304 | 19.1918 |
| 03 05 2010 | 137 | 19.1918 |
| 03 05 2010 | 13 | 19.1918 |
| 03 04 2010 | 50 | 18.7138 |
| 03 04 2010 | 87 | 18.7138 |
| 03 04 2010 | 4 | 18.7138 |
| 03 04 2010 | 695 | 18.7138 |
| 03 04 2010 | 118 | 18.7138 |
| 03 04 2010 | 164 | 18.7138 |
| 03 04 2010 | 39 | 18.7138 |
| 03 04 2010 | 111 | 18.7246 |
| 03 04 2010 | 192 | 18.7246 |
| 03 04 2010 | 8 | 18.7246 |
| 03 04 2010 | 1550 | 18.7246 |

| Date | Quantity | Price |
|---|---:|---:|
| 03 04 2010 | 262 | 18.7246 |
| 03 04 2010 | 364 | 18.7246 |
| 03 04 2010 | 86 | 18.7246 |
| 03 03 2010 | 12 | 19.1800 |
| 03 03 2010 | 21 | 19.1800 |
| 03 03 2010 | 1 | 19.1800 |
| 03 03 2010 | 162 | 19.1800 |
| 03 03 2010 | 28 | 19.1800 |
| 03 03 2010 | 38 | 19.1800 |
| 03 03 2010 | 9 | 19.1800 |
| 03 02 2010 | 276 | 19.3042 |
| 03 02 2010 | 650 | 19.3042 |
| 03 02 2010 | 21 | 19.3042 |
| 03 02 2010 | 3842 | 19.3042 |
| 03 02 2010 | 478 | 19.3042 |
| 03 02 2010 | 902 | 19.3042 |
| 03 02 2010 | 216 | 19.3042 |
| 02 26 2010 | 85 | 18.6763 |
| 02 26 2010 | 148 | 18.6763 |
| 02 26 2010 | 1183 | 18.6763 |
| 02 26 2010 | 7 | 18.6763 |
| 02 26 2010 | 201 | 18.6763 |
| 02 26 2010 | 278 | 18.6763 |
| 02 26 2010 | 67 | 18.6763 |
| 02 25 2010 | 1098 | 17.7952 |
| 02 25 2010 | 186 | 17.7952 |
| 02 25 2010 | 258 | 17.7952 |
| 02 25 2010 | 79 | 17.7952 |
| 02 25 2010 | 137 | 17.7952 |
| 02 25 2010 | 62 | 17.7952 |
| 02 25 2010 | 6 | 17.7952 |
| 02 25 2010 | 88 | 17.6499 |
| 02 25 2010 | 287 | 17.6499 |
| 02 25 2010 | 1220 | 17.6499 |
| 02 25 2010 | 206 | 17.6499 |

| | | |
|---|---:|---:|
| 02 25 2010 | 152 | 17.6499 |
| 02 25 2010 | 68 | 17.6499 |
| 02 25 2010 | 7 | 17.6499 |
| 02 25 2010 | 584 | 17.2600 |
| 02 25 2010 | 99 | 17.2600 |
| 02 25 2010 | 137 | 17.2600 |
| 02 25 2010 | 33 | 17.2600 |
| 02 25 2010 | 42 | 17.2600 |
| 02 25 2010 | 73 | 17.2600 |
| 02 25 2010 | 3 | 17.2600 |
| 02 25 2010 | 1446 | 17.4294 |
| 02 25 2010 | 245 | 17.4294 |
| 02 25 2010 | 340 | 17.4294 |
| 02 25 2010 | 82 | 17.4294 |
| 02 25 2010 | 104 | 17.4294 |
| 02 25 2010 | 180 | 17.4294 |
| 02 25 2010 | 9 | 17.4294 |
| 02 25 2010 | 419 | 17.1529 |
| 02 25 2010 | 71 | 17.1529 |
| 02 25 2010 | 99 | 17.1529 |
| 02 25 2010 | 24 | 17.1529 |
| 02 25 2010 | 31 | 17.1529 |
| 02 25 2010 | 53 | 17.1529 |
| 02 25 2010 | 3 | 17.1529 |
| 02 25 2010 | 148 | 17.2600 |
| 02 25 2010 | 25 | 17.2600 |
| 02 25 2010 | 35 | 17.2600 |
| 02 25 2010 | 8 | 17.2600 |
| 02 25 2010 | 11 | 17.2600 |
| 02 25 2010 | 18 | 17.2600 |
| 02 25 2010 | 1 | 17.2600 |
| 02 25 2010 | 11 | 17.1800 |
| 02 25 2010 | 19 | 17.1800 |
| 02 25 2010 | 8 | 17.1800 |
| 02 25 2010 | 149 | 17.1800 |

| | | |
|---|---|---|
| 02 25 2010 | 25 | 17.1800 |
| 02 25 2010 | 35 | 17.1800 |
| 02 25 2010 | 1 | 17.1800 |
| 02 25 2010 | 151 | 17.1700 |
| 02 25 2010 | 11 | 17.1700 |
| 02 25 2010 | 19 | 17.1700 |
| 02 25 2010 | 1 | 17.1700 |
| 02 25 2010 | 26 | 17.1700 |
| 02 25 2010 | 35 | 17.1700 |
| 02 25 2010 | 8 | 17.1700 |
| 02 25 2010 | 11 | 17.0900 |
| 02 25 2010 | 19 | 17.0900 |
| 02 25 2010 | 1 | 17.0900 |
| 02 25 2010 | 153 | 17.0900 |
| 02 25 2010 | 26 | 17.0900 |
| 02 25 2010 | 36 | 17.0900 |
| 02 25 2010 | 9 | 17.0900 |

SWORN CERTIFICATION OF PLAINTIFF

Fuqi International, Inc., SECURITIES LITIGATION

I, J.D. Pisut, certify that:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase Fuqi International, Inc., the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Fuqi International, Inc. during the class period set forth in the Complaint are as follows:

I bought _____ shares on ___/___/___ at $_____ per share.
I bought _____ shares on ___/___/___ at $_____ per share.
I bought _____ shares on ___/___/___ at $_____ per share.
I bought _____ shares on ___/___/___ at $_____ per share.
I bought _____ shares on ___/___/___ at $_____ per share.
I sold _____ shares on ___/___/___ at $_____ per share.
I sold _____ shares on ___/___/___ at $_____ per share.
I sold _____ shares on ___/___/___ at $_____ per share.
I sold _____ shares on ___/___/___ at $_____ per share.
I sold _____ shares on ___/___/___ at $_____ per share.

(List Additional Transactions on a Separate Page if Necessary)

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

___ Check here if you are a current employee or former employee of the defendant Company.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 5-13-10

_____
(Please Sign Your Name Above)

# EXHIBIT A

Transactions of J.D. Pisut in Fuqi International, Inc.

## Purchases

| PURCHASE DATE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|
| 06 11 2009 | 1200 | $16.9100 |
| 06 11 2009 | 100 | 17.0950 |
| 06 11 2009 | 500 | 17.0600 |
| 06 11 2009 | 9925 | 17.1100 |
| 06 11 2009 | 40 | 17.1300 |
| 06 11 2009 | 500 | 17.0100 |
| 06 11 2009 | 335 | 16.9800 |
| 06 11 2009 | 2700 | 16.9900 |
| 06 11 2009 | 8400 | 17.0000 |
| 06 11 2009 | 4700 | 17.6900 |
| 10 28 2009 | 500 | 19.8500 |
| 10 28 2009 | 5100 | 19.9500 |
| 10 28 2009 | 200 | 19.9400 |
| 11 03 2009 | 2651 | 10.2000 |
| 11 04 2009 | 5100 | 21.0500 |
| 11 09 2009 | 5800 | 20.9500 |
| 11 09 2009 | 1475 | 20.7000 |
| 11 09 2009 | 1550 | 20.6000 |
| 11 30 2009 | 2681 | 21.1300 |
| 01 29 2010 | 100 | 17.3500 |
| 01 29 2010 | 2000 | 17.3500 |
| 03 12 2010 | 3100 | 20.0000 |
| 03 17 2010 | 100 | 12.2600 |

## Sales

| SALE DATE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|
| 06 16 2009 | 500 | $15.2500 |
| 06 17 2009 | 4335 | 14.0000 |

| Date | Quantity | Price |
|---|---|---|
| 10 30 2009 | 400 | 21.3500 |
| 10 30 2009 | 100 | 21.3300 |
| 10 30 2009 | 1000 | 21.3400 |
| 10 30 2009 | 300 | 21.2700 |
| 11 04 2009 | 200 | 21.3400 |
| 11 04 2009 | 100 | 20.3500 |
| 11 04 2009 | 700 | 21.3300 |
| 11 06 2009 | 300 | 20.7100 |
| 11 06 2009 | 900 | 20.7300 |
| 11 06 2009 | 65 | 20.7500 |
| 11 06 2009 | 2985 | 20.6500 |
| 11 10 2009 | 1000 | 20.0500 |
| 11 11 2009 | 400 | 20.2500 |
| 11 23 2009 | 9600 | 21.2500 |
| 12 11 2009 | 400 | 18.7800 |
| 12 18 2009 | 100 | 18.2200 |
| 12 18 2009 | 1200 | 18.2200 |
| 12 18 2009 | 3300 | 18.2500 |
| 12 18 2009 | 100 | 18.2400 |
| 12 18 2009 | 100 | 18.2700 |
| 02 25 2010 | 6740 | 17.5300 |
| 03 15 2010 | 800 | 19.0000 |
| 03 17 2010 | 100 | 12.2600 |
| 03 17 2010 | 100 | 12.2600 |
| 03 17 2010 | 300 | 12.2400 |
| 03 17 2010 | 100 | 12.2610 |
| 03 17 2010 | 100 | 12.2500 |
| 03 17 2010 | 1800 | 12.2400 |
| 03 17 2010 | 250 | 12.2600 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Sandra Redfern ("Movant"), declare the following as to the claims asserted under the federal securities laws that:

Movant reviewed the complaint filed in this matter in the action entitled *Thompson v. Fuqi Int'l Inc.*, filed in the United States District Court for the Southern District of New York.

Movant did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

Movant's transactions in the **Fuqi International Inc.** security that is the subject of this action during the Class Period are as follows:

SEE ATTACHED

Movant has not sought to serve as a representative in any case within the last three years.

Movant will not accept any payment serving as a representative party on behalf of the class beyond Movant's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2010

*/s/ Sandra Redfern*
Sandra Redfern

**Sandie Redfern**
**Fuqi International, Inc. Common Stock Transactions**

| Shares | Stock Symbol | Buy/Sell | Trade Date | Price per Share |
|---:|:---:|:---:|:---:|---:|
| 2,100.00 | FUQI | Buy | 7/1/2009 | $ 21.4500 |
| 100.00 | FUQI | Buy | 7/1/2009 | $ 21.4000 |
| 300.00 | FUQI | Buy | 7/1/2009 | $ 21.3900 |
| 2,500.00 | FUQI | Buy | 7/1/2009 | $ 21.4500 |
| 5,000.00 | FUQI | Buy | 8/18/2009 | $ 24.9000 |
| 2,495.00 | FUQI | Buy | 8/18/2009 | $ 24.8000 |
| 200.00 | FUQI | Buy | 8/18/2009 | $ 24.8000 |
| 1,805.00 | FUQI | Buy | 8/18/2009 | $ 24.8000 |
| 5,883.00 | FUQI | Buy | 10/1/2009 | $ 27.7500 |
| 4,917.00 | FUQI | Buy | 10/1/2009 | $ 27.7500 |
| 600.00 | FUQI | Buy | 10/1/2009 | $ 27.7500 |
| 1,600.00 | FUQI | Buy | 10/1/2009 | $ 27.7500 |
| 1,900.00 | FUQI | Buy | 10/1/2009 | $ 27.7500 |
| 3,100.00 | FUQI | Buy | 10/1/2009 | $ 27.7500 |
| 1,300.00 | FUQI | Sell | 8/17/2009 | $ 23.1400 |
| 99.00 | FUQI | Sell | 8/17/2009 | $ 23.2000 |
| 200.00 | FUQI | Sell | 8/17/2009 | $ 23.1500 |
| 107.00 | FUQI | Sell | 8/17/2009 | $ 23.5500 |
| 100.00 | FUQI | Sell | 8/17/2009 | $ 23.1700 |
| 99.00 | FUQI | Sell | 8/17/2009 | $ 23.1800 |
| 128.00 | FUQI | Sell | 8/17/2009 | $ 23.1900 |
| 69.00 | FUQI | Sell | 8/17/2009 | $ 23.1400 |
| 100.00 | FUQI | Sell | 8/17/2009 | $ 23.1700 |
| 99.00 | FUQI | Sell | 8/17/2009 | $ 23.2000 |
| 100.00 | FUQI | Sell | 8/17/2009 | $ 23.1400 |
| 99.00 | FUQI | Sell | 8/17/2009 | $ 23.1900 |
| 2,500.00 | FUQI | Sell | 8/17/2009 | $ 23.5600 |
| 2,500.00 | FUQI | Sell | 9/18/2009 | $ 27.7000 |
| 99.00 | FUQI | Sell | 9/18/2009 | $ 29.4800 |
| 685.00 | FUQI | Sell | 9/18/2009 | $ 29.4100 |
| 100.00 | FUQI | Sell | 9/18/2009 | $ 29.4200 |
| 1,218.00 | FUQI | Sell | 9/18/2009 | $ 29.4100 |
| 100.00 | FUQI | Sell | 9/18/2009 | $ 29.4200 |
| 99.00 | FUQI | Sell | 9/18/2009 | $ 29.4400 |
| 99.00 | FUQI | Sell | 9/18/2009 | $ 29.4500 |
| 100.00 | FUQI | Sell | 9/18/2009 | $ 29.4400 |
| 5,600.00 | FUQI | Sell | 3/19/2010 | $ 10.7700 |
| 100.00 | FUQI | Sell | 3/19/2010 | $ 10.7800 |
| 800.00 | FUQI | Sell | 3/19/2010 | $ 10.7710 |
| 100.00 | FUQI | Sell | 3/19/2010 | $ 10.7800 |
| 1,350.00 | FUQI | Sell | 3/19/2010 | $ 10.7710 |
| 100.00 | FUQI | Sell | 3/19/2010 | $ 10.7800 |
| 200.00 | FUQI | Sell | 3/19/2010 | $ 10.7706 |
| 200.00 | FUQI | Sell | 3/19/2010 | $ 10.7800 |
| 4,800.00 | FUQI | Sell | 3/19/2010 | $ 10.7810 |
| 50.00 | FUQI | Sell | 3/19/2010 | $ 10.7815 |
| 1,500.00 | FUQI | Sell | 3/19/2010 | $ 10.8610 |
| 4,800.00 | FUQI | Sell | 3/19/2010 | $ 10.8600 |
| 2,900.00 | FUQI | Sell | 3/19/2010 | $ 10.8610 |