UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRADEEP MAHAPATRA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHIN WAN WONG<br><br>Defendants. | Civil Action No.: 10-cv-02515-DAB<br><br>(ECF Case)<br><br>CLASS ACTION<br><br>**DECLARATION OF JULI E. FARRIS IN SUPPORT OF CHARLES GRENADIER'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF CHARLES GRENADIER AS LEAD PLAINTIFF AND APPOINTMENT OF CO-LEAD COUNSEL** |
| ROBERT M. HODGE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHIN WAN WONG<br><br>Defendants. | Civil Action No.: 10-cv-02544-DAB |
| THOMAS MARKEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHIN WAN WONG, LIE XI ZHUANG, and CHARLENE HUA<br><br>Defendants. | Civil Action No.: 10-cv-02556-DAB |

1

| | |
|---|---|
| JOEL A. HOFFLICH, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>FUQI CORPORATION, YU KWAI CHONG, CHING WAN WONG, LIE XI HUANG, LILLY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, HAIYONG JEFF LIU, WILLIAM BLAID & COMPANY, COWEN & COMPANY, and OPPENHEIMER & Co.<br><br>   Defendants. | Civil Action No.: 10-cv-02610-DAB |
| CARLTON COWIE, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHIN WAN WONG<br><br>   Defendants. | Civil Action No.: 10-cv-2611-DAB |
| FUCHSBERG INVESTMENT PARTNERS, On Behalf of Itself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>  v.<br><br>FUQI CORPORATION, YU KWAI CHONG, and CHING WAN WONG,<br><br>   Defendants. | Civil Action No.: 10-cv-2639-DAB |

| | |
|---|---|
| TAMY DEE THOMPSON, Individually and On behalf of All Others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUQI CORPORATION, YU KWAI CHONG, and CHING WAN WONG, LIE XI ZHUANG, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & CO., OPPENHEIMER & CO. INC., COWEN AND COMPANY, LLC<br><br>Defendants. | Civil Action No.: 10-cv-2640-DAB |
| HAI RONG YANG, Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FUQI CORPORATION, YU KWAI CHONG, and CHING WAN WONG,<br><br>Defendants. | Civil Action No.: 10-cv-2654-DAB |
| HARRY POGASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, and CHARLENE HUA<br><br>Defendants. | Civil Action No.: 10-cv-2855-DAB |

3

| | |
|---|---|
| SIDNEY and ELAINE GLICK, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHIN WAN WONG<br><br>    Defendants. | Civil Action No.: 10-cv-03007-DAB |
| MICHAEL D. COOPER, JR., on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG, LILY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & CO., LLC, OPPENHEIMER & CO, INC., and COWEN AND COMPANY, LLC<br><br>    Defendants. | Civil Action No.: 10-cv-03024-DAB |

I, Juli E. Farris, declare:

1.  I am an attorney at law duly licensed to practice in the State of Washington. I am a partner at Keller Rohrback L.L.P, co-counsel for plaintiff Harry Pogash and movant herein Charles Grenadier.

2.  I make this declaration in support of "Charles Grenadier's Motion for Consolidation of Related Actions, Appointment of Charles Grenadier as Lead Plaintiff and Appointment of Co-Lead Counsel." I have personal knowledge of the matters stated herein and, if called as a witness, am competent to testify thereto.

3.  Attached hereto are true and correct copies of the following:

**Exhibit A**: A true and correct copy of the earliest relevant Notice of Action published on March 19, 2010 announcing the filing of a securities class action against FUQI International, Inc.

**Exhibit B**: Charles Grenadier's sworn Lead Plaintiff's Certification pursuant to federal securities law, which includes a summary of Charles Grenadier's transactions in FUQI International, Inc. securities.

**Exhibit C**: Biography of Statman Harris & Eyrich L.L.C. Class Action Litigation Practice Group.

**Exhibit D**: Biography of Keller Rohrback L.L.P.'s Complex Litigation Department.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 18th of May, 2010 at Seattle, Washington.

_____
JULIE. FARRIS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 18, 2010, a copy of the foregoing document, entitled DECLARATION OF JULI E. FARRIS IN SUPPORT OF CHARLES GRENADIER'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF CHARLES GRENADIER AS LEAD PLAINTIFF AND APPOINTMENT OF CO-LEAD COUNSEL was filed electronically, and is being served electronically this date upon all involved parties participating in the Court's electronic filing system or by first-class mail, postage pre-paid, as reflected below.

| | |
|---|---|
| Marvin Lawrence Frank<br>Murray, Frank & Sailer, LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>(212) 682-1818<br>Fax: (212) 682-1892<br>***Counsel for Plaintiff Pradeep Mahapatra*** | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |
| Howard Rudman<br>Mario Alba, Jr<br>David Avi Rosenfeld<br>Robbins Geller Rudman & Dowd LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100<br>Fax: (631) 367-1173<br>***Counsel for Plaintiff Robert M. Hodge*** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| Kenneth Alan Lapatine<br>Adam David Cole<br>Greenberg Traurig, LLP (NYC)<br>200 Park Avenue<br>New York, NY 10166<br>(212) 801-3189<br>Fax: (212) 688-2449<br>***Counsel for Defendant FuQi International, Inc.*** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |

| | |
|---|---|
| Richard Daniel Schwartz<br>Faruqi & Faruqi, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>(212) 983-9330<br>Fax: (212) 983-9331<br>***Counsel for Plaintiff Thomas Markey*** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| Frederic Scott Fox, Sr.<br>Jeffrey Philip Campisi<br>Pamela A. Mayer<br>Kaplan Fox & Kilsheimer LLP 850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980<br>Fax: (212) 687-7714<br>***Counsel for Plaintiff Carlton Cowie*** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| David Jaroslawicz<br>Jaroslawicz & Jaros, LLC<br>225 Broadway, Suite 2410<br>New York, NY 10007<br>(212) 227-2780<br>Fax: (212) 227-5090<br><br>Karin Elizabeth Fisch<br>Abbey Spanier Rodd Abrams & Paradis, LLP<br>212 East 39th Street<br>New York, NY 10016<br>(212) 889-3700<br>Fax: (212) 684-5191<br>***Counsel for Plaintiff Joel A. Hofflich*** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| Fei-Lu Qian<br>Marc Ian Gross<br>Pomerantz Haudek Block Grossman & Gross<br>100 Park Avenue, 26th Floor<br>New York, NY 10017<br>(212) 661-1100<br>Fax: (212) 661-8665<br>***Counsel for Plaintiff Fuchsberg Investment Partners*** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| Timothy John MacFall<br>Rigrodsky & Long, P.A.<br>585 Stewart Avenue, Suite 304 | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery |

| | |
|---|---|
| Garden City, NY 11530<br>(516) 683-3516<br>**Counsel for Plaintiff Tamy Dee Thompson** | ☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| Joe Kendall<br>Provost, Umphrey Law Firm-Dallas<br>3232 McKinney Ave., Suite 700<br>Dallas, TX 75204<br>(214) 744-3000<br>Fax: (214) 744-3015<br>**Counsel for Plaintiff Hai Rong Yang** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| Joseph Harry Weiss<br>Mark David Smilow<br>Weiss & Lurie<br>551 Fifth Ave.<br>New York, NY 10176<br>(212) 682-3025<br>Fax: (212) 682 3010<br>**Counsel for Plaintiff Sidney Glick** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |
| Curtis Victor Trinko<br>Kinny Wai Chan<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, Seventh Floor<br>New York, NY 10036<br>(212) 490-9550<br>Fax: (212) 986-0158<br>**Counsel for Plaintiff Michael D. Cooper, Jr.** | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |

Dated: May 18, 2010

_____
Debra Wilcher, Legal Assistant