# EXHIBIT B

## LEAD PLAINTIFF'S CERTIFICATION

The undersigned ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1) Plaintiff has reviewed the complaint against FUQI International, Inc. and certain other Defendants;
2) Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws;
3) Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary;
4) Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as approved by the court;
5) Plaintiff made the following transactions during the Class Period (May 15, 2009 - March 16, 2010) in common shares of FUQI.

### PURCHASES

| Date(s) | Number of Shares | Purchase Price | |
|---|---|---|---|
| 9/16/09 | 10,000 | 31.90 | $319,023.95 |

### SALES

| Date(s) | Number of Shares | Sale Price | |
|---|---|---|---|
| 4/5/10 | 10,000 | 11.00 | $109,974.19 |

6) During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws;

7) I declare under penalty of perjury, this 3 day of May 2010, that the forgoing is accurate.

/s/ *Charles Grenadier*
Charles Grenadier

COMERICA SECURITIES
P.O. BOX 75000, M/C 3137
DETROIT                MI 48275

A7111043581
CHARLES GRENADIER TTEE
CHARLES GRENADIER REV TR
COLLATERAL ACCOUNT
28860 SOUTHFIELD RD
SUITE 262
SOUTHFIELD MI 48076

**Comerica**
Wealth & Institutional Management

Comerica Securities, Inc.
Member FINRA/SIPC
A non-bank affiliate of Comerica Bank

Account:              0RJ-208850
Confirm Date:         04/05/2010

Investment Rep Name:
           COMERICA SECURITIES
For Questions Call:   (313) 222-5580

## TRADE CONFIRMATION SUMMARY REPORT

### YOU SOLD

| Symbol | Ref # | Qty | Price | Trade Date: 04-05-10 Cusip | Type | Settlement Date: 04-08-10 Reg Rep | Orig |
|---|---|---|---|---|---|---|---|
| FUQI | 10095-0FBXLR | 10,000 | 11 | 36102A207 | 1* | Y## XXX | |

SECURITY DESCRIPTION
FUQI INTL INC COM NEW
WE HAVE ACTED AS AGENT.  UNSOLICITED ORDER

Principal Amount            110,000.00
Commission                       19.95
Activity Assessment Fee           1.86
Service Fee                       4.00
**Settlement Amount**       109,974.19

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 2   A7111043581                                      Account: 0RJ-208850

COMERICA SECURITIES
P.O. BOX 75000, M/C 3137
DETROIT                    MI 48275

**Comerica**
Wealth & Institutional Management

Comerica Securities, inc.
Member FINRA/SIPC
A non-bank affiliate of Comerica Bank

A7111051283
CHARLES GRENADIER TTEE
CHARLES GRENADIER REV TR
COLLATERAL ACCOUNT
28860 SOUTHFIELD RD
SUITE 262
SOUTHFIELD MI 48076

Account: 0RJ-208850
Confirm Date: 09/16/2009

Investment Rep Name:  COMERICA SECURITIES
For Questions Call: (313) 222-5580

## TRADE CONFIRMATION SUMMARY REPORT

| YOU BOUGHT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 09-16-09 | Settlement Date: 09-21-09 | | |
| | | | | | Type | Reg Rep | Exch | Orig. |
| FUQI | 09259-0CJQCZ | 10,000 | 31.90 | 36102A207 | 1* | Y## XXX | 8* | |

SECURITY DESCRIPTION
FUQI INTL INC COM NEW
WE HAVE ACTED AS AGENT.  UNSOLICITED ORDER

Principal Amount         319,000.00
Commission                    19.95
Service Fee                    4.00
Settlement Amount        319,023.95

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS
ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.
PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 3   A7111051283                                          Account: 0RJ-208850