**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRADEEP MAHAPATRA, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 10-CV-2515-DAB ) ) ) |
| Plaintiff, | ) ECF CASE ) |
| v. | ) ) ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, | ) ) ) ) |
| Defendants. | ) ) |

(Caption continued on subsequent pages)


**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF KEITH A. OVITT FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF COUNSEL AS LEAD COUNSEL FOR THE CLASS, AND CONSOLIDATION OF ALL RELATED ACTIONS**

| | |
|---|---|
| ROBERT M. HODGE, Individually and On Behalf of All Others Similarly Situated, | Case No. 10-CV-2544-DAB |
| Plaintiff, | ECF CASE |
| v. | |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, | |
| Defendants. | |
| THOMAS MARKEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 10-CV-2556-DAB |
| Plaintiff, | ECF CASE |
| v. | |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG and CHARLENE HUA, | |
| Defendants. | |

| | |
|---|---|
| JOEL A. HOFFLICH, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 10-CV-2610-DAB ) ) |
| Plaintiff, | ) ECF CASE |
| v. | ) |
| FUQI CORPORATION, YU KWAI CHONG, CHING WAN WONG, LIE XI HUANG, LILLY LEE CHEN, EILEEN B. BRODY, VICTOR A. HOLLANDER, HAIYONG JEFF LIU, WILLIAM BLAIR & CO., COWEN & COMPANY LLC, and OPPENHEIMER & CO., | ) ) ) ) ) ) ) |
| Defendants. | ) |
| CARLTON COWIE, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 10-CV-2611-DAB ) ) |
| Plaintiff, | ) ECF CASE |
| v. | ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, | ) ) |
| Defendants. | ) |

| | |
|---|---|
| FUCHSBERG INVESTMENT PARTNERS, individually and on behalf of all others similarly situated, | ) Case No. 10-CV-2639-DAB ) ) ) |
| Plaintiff, | ) ECF CASE ) |
| v. | ) ) ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, | ) ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| TAMY DEE THOMPSON, individually and on behalf of all others similarly situated, | ) Case No. 10-CV-2640-DAB ) ) ) |
| Plaintiff, | ) ECF CASE ) |
| v. | ) ) ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & CO., OPPENHEIMER & CO., INC., and COWEN AND COMPANY LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| HAI RONG YANG, individually and on behalf of all others similarly situated, | ) Case No. 10-CV-2654-DAB ) ) ) |
| Plaintiff, | ) ECF CASE ) |
| v. | ) ) ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, | ) ) ) ) |
| Defendants. | ) ) |
| HARRY POGASH, individually and on behalf of all others similarly situated, | ) Case No. 10-CV-2885-DAB ) ) ) |
| Plaintiff, | ) ECF CASE ) |
| v. | ) ) ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG and CHARLENE HUA, | ) ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| SIDNEY and ELAINE GLICK, individually and on behalf of all others similarly situated, | ) Case No. 10-CV-3007-DAB ) ) |
| Plaintiff, | ) ECF CASE ) |
| v. | ) ) ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, and CHING WAN WONG, | ) ) ) ) |
| Defendants. | ) ) |
| MICHAEL D. COOPER, JR., individually and on behalf of all others similarly situated, | ) Case No. 10-CV-3024-DAB ) ) |
| Plaintiff, | ) ECF CASE ) |
| v. | ) ) ) |
| FUQI INTERNATIONAL, INC., YU KWAI CHONG, CHING WAN WONG, LIE XI ZHUANG EILEEN B. BRODY, VICTOR A. HOLLANDER, JEFF HAIYONG LIU, WILLIAM BLAIR & CO., OPPENHEIMER & CO., INC., and COWEN AND COMPANY LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this declaration in support of the motion filed by Keith A. Ovitt for appointment as Lead Plaintiff, approval of his selection of Bernstein Litowitz Berger & Grossmann LLP to serve as Lead Counsel for the Class, and for consolidation of all related actions.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

Exhibit A:   Certification of Keith A. Ovitt;

Exhibit B:   Chart reflecting the losses incurred by Mr. Ovitt calculated on a "first-in, first-out" and "last-in, first-out" basis as a result of his transactions in Fuqi International, Inc. common stock;

Exhibit C:   First notice of pendency of this class action;

Exhibit D:   Subsequent notice of pendency of this class action; and

Exhibit E:   Firm Biography of Bernstein Litowitz Berger & Grossmann LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this eighteenth day of May, 2010.

                                                                             /s/   Gerald H. Silk
                                                                                 Gerald H. Silk