# Ex. A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Keith A. Ovitt, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in this matter. I have retained Bernstein Litowitz Berger & Grossmann LLP and authorized that firm to file a motion for appointment as lead plaintiff on my behalf.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. My transactions in the securities of Fuqi International that are the subject of this action are set forth in the chart attached hereto.

5. I am currently serving as lead plaintiff in *In re STEC, Inc. Securities Litigation*, No. 09-01304 (C.D. Cal.). I have not sought to serve as a lead plaintiff or representative party on behalf of a class in any other action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10 day of May, 2010.

_____
Keith A. Ovitt

## Keith Ovitt Transactions in Fuqi

| Type | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/01/09 | 5,000 | 27.06 |
| Purchase | 10/01/09 | 5,000 | 27.75 |
| Purchase | 10/01/09 | 5,000 | 27.90 |
| Purchase | 10/01/09 | 5,000 | 29.00 |
| Purchase | 10/01/09 | 5,000 | 28.50 |
| Purchase | 10/01/09 | 5,000 | 28.75 |
| Purchase | 10/01/09 | 5,000 | 29.00 |