**Ex. B**

**Keith Ovitt Losses in Fuqi International (FUQI)**

Class period: May 15, 2009 to March 17, 2010

Retained Share Price: $10.8637 (03/17/10 - 05/17/10)

| Type | Date | Shares | Price | Cost | Type | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/01/09 | 5,000 | $27.0600 | $135,300.00 | Retained | | 5,000 | $10.8637 | $54,318.50 |
| Purchase | 10/01/09 | 5,000 | $27.7500 | $138,750.00 | Retained | | 5,000 | $10.8637 | $54,318.50 |
| Purchase | 10/01/09 | 5,000 | $27.9000 | $139,500.00 | Retained | | 5,000 | $10.8637 | $54,318.50 |
| Purchase | 10/01/09 | 5,000 | $29.0000 | $145,000.00 | Retained | | 5,000 | $10.8637 | $54,318.50 |
| Purchase | 10/01/09 | 5,000 | $28.5000 | $142,500.00 | Retained | | 5,000 | $10.8637 | $54,318.50 |
| Purchase | 10/01/09 | 5,000 | $28.7500 | $143,750.00 | Retained | | 5,000 | $10.8637 | $54,318.50 |
| Purchase | 10/01/09 | 5,000 | $29.0000 | $145,000.00 | Retained | | 5,000 | $10.8637 | $54,318.50 |
| | | 35,000 | | $989,800.00 | | | | | $380,229.50 |

Total Loss: ($609,570.50)