



## MEMO ENDORSED

May 8, 2014

**By FedEx**

Honorable Deborah A. Batts
United States District Judge for the
   Southern District of New York
United States Courthouse
500 Pearl Street; Room 2510
New York, New York  10007



Re: *In re Fuqi International, Inc. Sec. Litig.,* No. 10 Civ. 2515 (DAB) (S.D.N.Y.)

Dear Judge Batts:

    We are lead counsel for lead plaintiff the PR Group in the above-referenced action against Fuqi International, Inc. ("Fuqi"), certain of its former officers and/or directors and certain underwriters. We respectfully submit this letter to extend the time for Plaintiffs to serve a summons and complaint on individual defendants located either in mainland China or Hong Kong (the "Overseas Defendants").

    On March 9, 2011, Your Honor ordered that the four Overseas Defendants were to be served pursuant to the Hague Convention, and Your Honor thereafter granted five requests to extend the time for such service to occur, with a current deadline of May 15, 2014. Plaintiffs engaged a process server with experience serving people located in China pursuant to the Hague Convention and that process server was able to complete service on two of the Overseas Defendants located in China. The two other Overseas Defendants were not served because one was located in Hong Kong and, at the time, the summons and complaint did not include the word "China" after the words Hong Kong; and the other defendant was not found at the address provided. Since those attempts at service, a corrected summons and complaint were filed, which include the word China after Hong Kong, and a different address was found for the other defendant. We have been informed by the process server that service on one of the remaining two Overseas Defendants is proceeding, and that a different address is needed for the other Overseas Defendant.

    Accordingly, Plaintiffs seek to extend the time to effectuate service on the two Overseas Defendants who have yet to be served until November 15, 2014. Presently, this action has been stayed by order dated August 20, 2010 until after Fuqi issues its restated financial statements.

    In addition, the parties have reached an agreement to resolve this action and are in the

*GRANTED /DAB/ 5/12/14*

NEW YORK  tel: 212.279.5050   fax: 212.279.3655      CALIFORNIA  tel: 858.792.3448   fax: 858.792.3449      aftlaw.com
One Penn Plaza, Suite 2805, New York, NY 10119      12526 High Bluff Drive, Suite 300, San Diego, CA 92130

Honorable Deborah A. Batts
May 8, 2014
Page 2

process of attempting to finalize the settlement papers.   The parties expect to be able to present a motion for preliminary approval of the settlement to the Court within several weeks.

     We have spoken to counsel for the Defendants who have appeared and they take no position on the request to extend the time for service.

                              Respectfully,

                              Lawrence D. Levit

cc: (By FedEx):
    Scott D. Musoff, Esq.
    Joel Mitnick, Esq.
    Nathaniel D. McKitterick, Esq.
    Yu Kwai Chong
    Lie Xi Zhuang
    Lily Lee Chen

**SO ORDERED**

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

5/12/14