UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re FUQI INTERNATIONAL, INC.           :        Civil Action NO.
 SECURITIES LITIGATION                   :        1:10-cv-02515-DAB
_____

     The law firm entitled Law Offices Bernard M. Gross, P.C. ("BMGPC") files this Notice of Withdrawal Of Counsel Of Record for Plaintiff Joel Hofflich ("Plaintiff") and, in support thereof, respectfully shows the Court the following:

     Plaintiff remains represented by the law firm of Abraham, Fruchter & Twersky, LLP who have been appointed as Lead Counsel to represent all Class members, including Plaintiff Joel Hofflich. Therefore, there is good cause to permit BMGPC to withdraw as counsel for Plaintiff.

Dated:     June 6, 2014              Respectfully submitted,

                                      LAW OFFICES BERNARD M. GROSS, P.C.

                       By:     _____
                                      DEBORAH R. GROSS
                                      100 Penn Square East, Suite 450
                                      Philadelphia, PA 19103
                                      Telephone: 215.561.3600
                                      Facsimile: 215.561.3000
                                      Email: debbie@bernardmgross.com

                                      *Outgoing Counsel Of Record For*
                                      *Plaintiff Joel Hofflich*