## **CERTIFICATE OF SERVICE**

      I, Deborah R. Gross, hereby certify that on June 6, 2014, I caused a true and correct copy of the foregoing Notice of Withdrawal of Counsel of Record to be served via ECF / Court Electronic Filing System.

By: _____
DEBORAH R. GROSS, ESQUIRE