UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re FUQI INTERNATIONAL, INC.  :  Civil Action NO.
 SECURITIES LITIGATION   :  1:10-cv-02515-DAB

_____

## <u>NOTICE OF WITHDRAWAL</u>

  The law firm entitled Law Offices Bernard M. Gross, P.C. ("BMGPC") files this Notice

of Withdrawal Of Counsel Of Record for Plaintiff Joel A. Hofflich ("Plaintiff") and, in support

thereof, respectfully shows the Court the following:

  Plaintiff remains part of the class represented by the law firm of Abraham, Fruchter &

Twersky, LLP which has been appointed Lead Counsel to represent all Class members, including

Plaintiff Joel A. Hofflich.  Therefore, there is good cause to permit BMGPC to withdraw as

counsel for Plaintiff.

Dated: October 3, 2014    Respectfully submitted,

          LAW OFFICES BERNARD M. GROSS, P.C.

By: _____
          DEBORAH R. GROSS
          100 Penn Square East, Suite 450
          Philadelphia, PA 19103
          Telephone: 215.561.3600
          Facsimile: 215.561.3000
          Email: debbie@bernardmgross.com

          *Outgoing Counsel Of Record For*
          *Plaintiff Joel Hofflich*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re FUQI INTERNATIONAL, INC.              :        Civil Action NO.
 SECURITIES LITIGATION                       :        1:10-cv-02515-DAB
_____

### ORDER

AND NOW, this        October, 2014, Law Offices Bernard M. Gross P.C. withdrawal of

counsel is GRANTED.  Plaintiff remains part of the Class represented by the law firm of

Abraham, Fruchter & Twersky, LLP who has been appointed Lead Counsel to represent all Class

members, including Plaintiff Joel Hofflich.


_____
                                                                        **J.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system as well as to Plaintiff Joel A. Hofflich via U.S. Postal Service.


**DEBORAH R. GROSS**


Deborah R. Gros, Esq.
**LAW OFFICES BERNARD M. GROSS, P.C.**
Suite 450, John Wanamaker Building
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215-561-3600
Facsimile:  215-561-3000