USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re FUQI INTERNATIONAL, INC. SECURITIES LITIGATION | : : | Civil Action NO. 1:10-cv-02515-DAB |

## ORDER

AND NOW, this 6th October, 2014, Law Offices Bernard M. Gross P.C. withdrawal of counsel is GRANTED. Plaintiff remains part of the Class represented by the law firm of Abraham, Fruchter & Twersky, LLP who has been appointed Lead Counsel to represent all Class members, including Plaintiff Joel Hofflich.

_Deborah A. Batts_
U.S.D.J.