IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
IN RE FUQI INTERNATIONAL, INC.                  :         10 Civ. 2515 (DAB)
SECURITIES LITIGATION                           :
                                                :         ECF Case
------------------------------------------------------------------------X
                                                :
This Document Relates To:                       :
All Actions                                     :
                                                :
------------------------------------------------------------------------X


# LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED
# MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT


**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel:    212-279-5050
Fax:    212-279-3655

**Lead Counsel for Lead Plaintiff the PR Group**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of Lawrence D. Levit in support with attached exhibits, including the Stipulation of Settlement with exhibits, and all prior proceedings had herein, Lead Plaintiff, by and through its attorneys, hereby moves the Court, before the Honorable Deborah A. Batts, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order:  (1) preliminarily approving the proposed settlement, as memorialized in the Stipulation of Settlement, in this putative securities class action pursuant to Federal Rule of Civil Procedure 23(e); (2) approving the form of Class notice described in the Notice of Proposed Settlement of Class Action, Motion For Attorneys' Fees and Settlement Fairness Hearing; (3) certifying the Class and Subclass for purposes of effectuating the Settlement; (4) scheduling a hearing to determine whether the Settlement should be given final approval; and (5) establishing dates for submission of proofs of claim, dissemination of the Class notice, and other relevant deadlines.

Dated: October 7, 2014				Respectfully submitted,


					ABRAHAM, FRUCHTER & TWERSKY, LLP

					By: /s/ Mitchell M.Z. Twersky
					    Mitchell M.Z. Twersky (MT-6739)
					    Lawrence D. Levit (LL-9507)
					    One Penn Plaza, Suite 2805
					    New York, NY 10119
					    Telephone: (212) 279-5050
					    Facsimile: (212) 279-3655

					**Lead Counsel for Lead Plaintiff the PR Group**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2014

           /s/ Lawrence D. Levit
          LAWRENCE D. LEVIT

         ABRAHAM, FRUCHTER & TWERSKY, LLP
         One Penn Plaza, Suite 2805
         New York, NY 10119
         Telephone:  212/279-5050
         Fax:  212/279-3655

         E-mail:  llevit@aftlaw.com