```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
IN RE FUQI INTERNATIONAL, INC.
SECURITIES LITIGATION
                                            10-cv-2515 (DAB)
                                                 ORDER
This document relates to ALL ACTIONS
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On November 21, 2014, this Court preliminarily approved the Proposed Settlement, defined the Class and a Subclass, and authorized dissemination of the Settlement Notice. (ECF No. 93.) On January 15, 2015, Lead Plaintiff filed a Motion for Final Approval of Settlement and Plan Allocation and for Attorneys' Fees, Reimbursement of Expenses, and Lead Plaintiff Awards ("Motion"). On February 17, 2015, the Court requested additional information related to, <u>inter alia</u>, why Settlement Notices were mailed to potential Class Members after the deadline to file objections and requests for exclusion had passed. On February 18, 2015, this Court adjourned the Fairness Hearing originally scheduled for February 19, 2015 <u>sine die</u>. By Order dated April 29, 2015, the Court extended the time for Class Members to submit claim forms to the Claims Administrator.

The Court STRIKES Lead Plaintiff's January 15-20, and February 12, 2015 Motion and supporting materials. (ECF Nos. 94-100.) Lead Plaintiff is to file an Amended Motion for Final Approval, and supporting materials, which shall include updated

information regarding objections, requests for exclusion, claim forms submitted to the Claims Administrator, and any other information relevant to the request for final approval of the Settlement.

Lead Plaintiff is to file its Amended Motion by September 1, 2015.

SO ORDERED.

Dated:    July 2, 2015

        New York, New York

_____
Deborah A. Batts
United States District Judge