**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
                                               :

IN RE FUQI INTERNATIONAL, INC.            :      10 Civ. 2515 (DAB)
SECURITIES LITIGATION                     :

                                               :      ECF Case
---------------------------------------------------------------------X
                                             :

This Document Relates To:                      :
      ALL ACTIONS                                 :

                                             :
---------------------------------------------------------------------X

**LEAD PLAINTIFF'S NOTICE OF AMENDED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND LEAD PLAINTIFF AWARDS**

      PLEASE TAKE NOTICE that upon: (i) the Amended Declaration of Lawrence D. Levit affirmed on August 31, 2015, and the Exhibits annexed thereto; (ii) Lead Plaintiff's Memorandum of Law in Support of Amended Motion for Final Approval of Settlement and Plan of Allocation, (iii) Lead Plaintiff's Memorandum of Law in Support of Amended Motion for Attorneys' Fees, Reimbursement of Expenses and Lead Plaintiff Awards, (iv) the Declaration of Layn R. Phillips in Support of Settlement, and (v) all other proceedings herein, Lead Plaintiff will move this Court, before the Honorable Deborah A. Batts, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of orders and a judgment pursuant to Rule 23 of the Federal Rules of Civil Procedure (1) granting final approval of the settlement of the above-captioned litigation, (2) approving the Plan of Allocation of settlement proceeds, and (3) approving an award of attorneys' fees of 33% of the Settlement Fund plus reimbursement of expenses in the litigation in the amount of $252,602.58, plus interest on both amounts, and awards to Lead Plaintiff in the amounts of $10,000

to the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and of $5,000 each to Craig B. Laub, J.D. Pisut and Sandra Redfern.

DATED:  August 31, 2015                           Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

By: _____s/ Lawrence D. Levit_____
Mitchell M.Z. Twersky (MT-6739)
Lawrence D. Levit (LL-9507)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Lead Counsel for Lead Plaintiff the PR Group**

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 31, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on August 31, 2015

                s/ Lawrence D. Levit
                LAWRENCE D. LEVIT

                **ABRAHAM, FRUCHTER & TWERSKY, LLP**
                One Penn Plaza, Suite 2805
                New York, NY 10119
                Telephone: 212/279-5050
                Fax:    212/279-3655
                E-mail: llevit@aftlaw.com