```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE FUQI INTERNATIONAL, INC.
SECURITIES LITIGATION
                                              10-cv-2515 (DAB)
                                                  ORDER
This document relates to ALL ACTIONS
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The hearing on Lead Plaintiffs' Amended Motion for Final Approval of Settlement and Plan of Allocation and for Attorneys' Fees, Reimbursement of Expenses and Lead Plaintiff Awards will be held on Thursday, February 18, 2016, at 2:30 PM.

SO ORDERED.

Dated:    January 12, 2016
          New York, New York

                                         _____
                                           Deborah A. Batts
                                         United States District Judge